UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAW-NAE DIXON, THOMAS CASATELLI, JEANETTE RIVERA, NATALIA YAKUBOVA, CHRIS KING, ALISON MARCHESE, on behalf of AM, JM, and MMV (her minor children), WILLIAM MORRIS, , GEORGE KABBEZ, MARY JOSEPHINE GENEROSO, SHAW-NAE'S HOUSE, LLC, SALTY DOG RESTAURANT, LTD, PER TAVERN CORP. d/b/a THE KETTLE BLACK, and CARGOSTORK PARTIES, INC. d/b/a DO ME A FAVOR, INDEPENDENT RESTAURANT OWNERS ASSOCIATION RESCUE, INC., <br>                       Plaintiffs, <br> v. <br><br> BILL DE BLASIO, in his official capacity as Mayor of the City of New York, AND THE CITY OF NEW YORK, <br><br>                       Defendants. | Civil Action No._____ -cv--_____- <br><br> **ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

      Upon the Declarations of Shaw-Nae Dixon, Thomas Casatelli, Jeanette Rivera, Natalia Yabukova, Chis King, Alison Marchese, William Morris, George Kabbez, Jessica Masurkiewicz, and Ronald A. Berutti, duly sworn on dates between September 10, 2021 and September 13, 2021, and upon the copy of the Verified Complaint hereto attached it is **ORDERED**, that the above named defendant(s) show cause before this Court, at Room _____, United States Courthouse, _____, on _____, 2021, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued

pursuant to Rule _____ of the Federal Rules of Civil Procedure a preliminary injunction should not issue:

1. precluding defendants from taking any action to enforce the Emergency Executive Orders 225, 226, and 228 of Bill de Blasio, Mayor of the City of New York; and

2. precluding defendants from taking any further action to enforce or otherwise take further measures in support of the emergency first identified in Emergency Executive Order 98, dated March 12, 2020.

**PENDING** the outcome of the hearing on the merits, it is hereby **ORDERED** that the defendants be, and hereby are:

1. Temporarily restrained and enjoined from taking any further action to enforce Emergency Executive Order 225 (dated August 16, 2021); Emergency Executive Order 226 (dated August 20, 2021); and Emergency Executive Order 228 (dated August 25, 2021);

2. Temporarily restrained and enjoined from taking any further actions to issue further Emergency Executive Orders in keeping with Emergency Executive Order 98 (dated March 12, 2020);

3. Temporarily restrained and enjoined from taking any further actions to enforce any or all Emergency Executive Orders arising our of Emergency Executive Order 98, and the State of Emergency declared therein; and it is further

**ORDERED** that a copy of this order, together with the papers upon which it is granted, be

personally served upon the defendant(s) or his (their) attorney on or before _____, 2021, by _____, and that such service be deemed good and sufficient.

Dated: Brooklyn, New York
September    , 2021

_____
United States District Judge

2115058