UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAW-NAE DIXON, THOMAS CASATELLI, JEANETTE RIVERA, NATALIA YAKUBOVA, CHRIS KING, ALISON MARCHESE, on behalf of AM, JM, and MMV (her minor children), WILLIAM MORRIS, , GEORGE KABBEZ, MARY JOSEPHINE GENEROSO, SHAW-NAE'S HOUSE, LLC, SALTY DOG RESTAURANT, LTD, PER TAVERN CORP. d/b/a THE KETTLE BLACK, and CARGOSTORK PARTIES, INC. d/b/a DO ME A FAVOR, INDEPENDENT RESTAURANT OWNERS ASSOCIATION RESCUE, INC., <br> Plaintiffs, <br> v. <br><br> BILL DE BLASIO, in his official capacity as Mayor of the City of New York, AND THE CITY OF NEW YORK, <br><br> Defendants. | Civil Action No._____ -cv--_____- <br><br> **DECLARATION OF JESSICA A. MAZURKIEWICZ IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS AND OTHER RELIEF.** |

**JESSICA A. MAZURKIEWICZ**, of full age, hereby declares the following under penalty of perjury:

1.       I am a Paralegal at the Weiner Law Group LLP, attorneys for the Plaintiffs in this matter. I make this Declaration in support of the plaintiffs' Ex Parte Order to Show Cause with Temporary Restraints and Other Relief.

2.       Attached hereto as **Exhibit A** is an article, "Vaccine for All: Mayor DeBlasio, Taskforce Expand Equity Effort," dated January 31, 2021 ("Vaccine Article"), taken from the official website of the City of New York which is found at https://www1.nyc.gov/office-of-the-mayor/news/067-21/vaccine-all-mayor-de-blasio-taskforce-expand-equity-effort.

3.      The Vaccine Article provides ZIP Codes within thirty-three neighborhoods that the City identified as being priority areas by the Taskforce on Racial Inclusion and Equity ("Taskforce"), including for reasons related to what the Vaccine Article describes as being "vaccine hesitancy".

4.      On September 9, 2021, I reviewed available data from available sources in order to examine the ethnic and racial makeup of the ZIP codes which were identified by the Taskforce. Available date came from www.CoreDate.nyc (funded by the New York City Council); www.1nyc.gov (official City website); and from https/censusreporter.org. (a free, open-source project website).

5.      Based on such review of available sources, I have created a Race and Ethnicity Chart for each neighborhood, which reflects the highest percentage reported Race/Ethnicity in each ZIP code, a true copy of which is attached hereto as **Exhibit B**.

6.      Attached hereto as **Exhibit C** is a true copy of an article from www1.nyc.gov, titled "'Get Vaccinated' --Good Advice in Every Language", dated May 4, 2021. Said article includes information that "the "Health Department will begin airing a new public-service announcement featuring leading doctors in the Health Department to address vaccine confidence, medical mistrust and racism. The announcement is being run with the specific goal of reaching Black New Yorkers."

7.      Attached hereto as **Exhibit D** is a true copy of an article from the New Yorker.com, titled, "The Struggle to Improve Vaccination Rates Among Latinos in New York", dated May 22, 2021. Such article includes the following: "After New York City began the first phase of its vaccine distribution, in December, health authorities issued a detailed breakdown of vaccination rates by demographic, which showed immense disparities. White people were five times more likely to have received the vaccine than Latinos or Blacks, who, respectively, make up nearly a third and a fourth of the city's population."

8.      Attached hereto as **Exhibit E** is a true copy of an article from www.1.nyc.gov/office-of-the-mayor, titled "Vaccine for All: NYC Kicks off "Youth Vax Week", dated June 2, 2021.

9.     Attached hereto as **Exhibit F** is a true copy of an article from the WABC News website, dated July 30, 2021, titled "$125 million spent on NYC COVID ad campaign". The article details, among other things, the frustration of New York City health officials in getting residents from the Bronx, central Harlem, and Brooklyn, vaccinated.  The article notes that in 17 such ZIP codes, "40% or less of the population have been vaccinated. Most of those ZIP codes are in Brooklyn." The article further notes that "The city has been blitzing the airways, internet and bus terminals with a COVID-19 ad campaign in multiple languages," and that "[t]he city health department has spent $125 million so far this year on its campaign, including ads encouraging people to get vaccinated."

10.    Attached hereto as **Exhibit G** is a true copy of a document from www1.nyc.gov, dated September 8, 2021, providing demographic COVID-19 data.  It is noted therein that among Black New Yorkers, 41% have received one dose, and 36% have received two doses.  Among Hispanic/Latino's, 56% have received one dose, and 48% have received two doses." Among "Asian/Native Hawaiian or other Pacific Islander" 80 % have received at least one does, and 75% have received two. Among White New Yorkers, 51% have received at least one dose, and 48% are fully vaccinated.

11.    Based upon the known demographic data, after significant expense and effort by the City to convince African-Americans to get vaccinated, a full 59% do not meet the standard of having received at least one dose of the vaccine, such that they will be unable to engage in most commercial activity in the City of New York, pursuant to Emergency Executive Orders 225, 226, and 228, unless they get at least one dose of the vaccine.

I hereby declare the foregoing to be true and correct based on my personal knowledge under penalty of perjury under the laws of the United States of America.

Jessica A. Mazurkiewicz

Dated:  September 9, 2021      2113621_1.docx

# EXHIBIT A

Skip Main Navigation

Menu

The Official Website of the City of New York

Text Size

Select Language ⌄

Powered by Google Translate

Search Search          Search

## Secondary Navigation

MayorFirst LadyNewsOfficials

# Vaccine for All: Mayor de Blasio, Taskforce Expand Equity Effort

January 31, 2021

*Thirty-three neighborhoods around the city were identified based on equity burdens and the impact of COVID-19 in 2020*

**NEW YORK**—Mayor Bill de Blasio and the Taskforce on Racial Inclusion and Equity today announced the next phase of its Vaccine for All effort and released demographic information of vaccine recipients. With an expanded list of 33 neighborhoods identified by the Taskforce, the City will use this data to broaden its outreach and education to address vaccine hesitancy, prioritize appointments, add new vaccine sites, and improve the scheduling website to ensure the pace of vaccination is consistent throughout the city.

"We launched our vaccine effort with a clear commitment to provide a vaccine for all New Yorkers," said **Mayor Bill de Blasio.** "Now we are going even further to ensure the vaccine reaches everyone, equally, with a focus on the neighborhoods we know have borne the brunt of COVID-19."

"Ensuring equity among our communities is central to our city's recovery efforts. We want all of our communities to trust the vaccine's efficacy and have access to it," said **First Lady Chirlane McCray.** "As distribution expands, we will continue gathering more data and processing what we have learned over the past year so that our hardest hit neighborhoods are fully supported and included in the plan."

Equitable distribution of the vaccine has been the driving force of the City's Vaccine for All effort. The majority of City vaccination sites are already located in the 33 Taskforce neighborhoods, as well as other, soon-to-open hubs, like Citi Field and Yankee Stadium. The City has also mounted an extensive outreach campaign, holding informational and educational events for residents, providers, partners, and elected officials in Task Force neighborhoods and other areas across the city. With the assistance of trusted community partners, the City has distributed tens of thousands of pieces of literature to spread the word of a safe and effective vaccine to residents in priority neighborhoods and held training events so community partners can support navigation of vaccination services. The City will also continue to hold

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 6 of 42 PageID #: 92

regular community conversations to address vaccine hesitancy and elevate community feedback on vaccination rollout and access.

To deepen this work, City will now prioritize appointments for residents at vaccine sites in the Taskforce neighborhoods, setting aside specific hours and slots. For eligible essential workers in the Taskforce neighborhoods, the City will create 'family plans' - allowing the workers to schedule appointments for eligible family members on-site. To improve accessibility, the City's appointment scheduling site will now be available in a total of 11 languages, including English, Arabic, Urdu, Bengali, French, Haitian-Creole, Korean, Polish, Russian, Spanish, and Simplified Chinese.

Building on the initial list of 27 neighborhoods, the Taskforce has broadened its criteria and expanded to a total of 33 neighborhoods, now including Williamsbridge and Baychester, Midwood, Jackson Heights and East Elmhurst, Kew Gardens and Woodhaven, Richmond Hill and South Ozone, and Queens Village. These neighborhoods were added based on a range of factors including high COVID-19 mortality and case rates, high prevalence of chronic illness, presence of overcrowded housing, the number of individuals experiencing poverty, and other preexisting health disparities.

To address the key drivers of vaccine hesitancy, the NYC Vaccine for All campaign will build on its previous work and launch a "Vaccine Facts" campaign (or "Vax Facts") in February to address the key drivers of vaccine hesitancy across broadcast, digital, and print platforms, including local and ethnic media. The City will also partner with local leaders for tailored community engagement and host days of action, deploying census-style outreach campaign to build trust and distribution vaccine FAQs in the 33 neighborhoods.

The full list of 33 Neighborhoods identified by the Taskforce is below.

## Task Force Neighborhoods

| Neighborhoods | Borough | ZIP Codes (modZCTAs) |
|---|---|---|
| Lower East Side and Chinatown | Manhattan | 10002, 10003, 10009, 10013 |
| Morningside Heights and Hamilton Heights | Manhattan | 10025, 10027 10031, 10032 |
| Central Harlem | Manhattan | 10026, 10027, 10030, 10037 10039 |
| East Harlem | Manhattan | 10029, 10035 |
| Washington Heights and Inwood | Manhattan | 10032, 10033, 10034, 10040 |
| Mott Haven and Melrose | Bronx | 10451, 10454, 10455, 10456 |

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 7 of 42 PageID #: 93

| | | |
|---|---|---|
| **Hunts Point and Longwood** | Bronx | 10455, 10459, 10474 |
| **Morrisania and Crotona** | Bronx | 10456, 10459, 10460 |
| **Highbridge and Concourse** | Bronx | 10452 |
| **Fordham and University Heights** | Bronx | 10453, 10458 |
| **Belmont and East Tremont** | Bronx | 10457, 10458 |
| **Kingsbridge** | Bronx | 10463, 10468 |
| **Parkchester and Soundview** | Bronx | 10472, 10473 |
| **Williamsbridge and Baychester, Edenwald** | Bronx | 10466, 10467, 10468 |
| **Bedford Stuyvesant** | Brooklyn | 11205, 11206, 11216, 11221, 11233, 11238 |
| **Bushwick** | Brooklyn | 11206, 11207, 11221, 11237 |
| **East New York and Starrett City** | Brooklyn | 11207 11208, 11239 |
| **Sunset Park** | Brooklyn | 11220, 11232 |
| **Coney Island** | Brooklyn | 11224, 11235 |
| **Flatbush and Midwood** | Brooklyn | 11226 |
| **Brownsville** | Brooklyn | 11212, 11233 |

| East Flatbush | Brooklyn | 11203, 11226 |
|---|---|---|
| Flatlands and Canarsie | Brooklyn | 11236 |
| Queensbridge and Astoria | Queens | 11101 |
| Jackson Heights | Queens | 11368, 11369 |
| Elmhurst and Corona | Queens | 11368 |
| Briarwood, Flushing South | Queens | 11435 |
| Kew Gardens and Woodhaven | Queens | 11419, 11421 |
| Woodhaven, Richmond Hill, South Ozone Park | Queens | 11419, 11420 |
| Jamaica and Hollis | Queens | 11412, 11423, 11432, 11433, 11434, 11435, 11436 |
| Queens Village | Queens | 11429 |
| Rockaway and Broad Channel | Queens | 11691, 11692, 11693, 11694 |
| St. George, Stapleton, Port Richmond | Staten Island | 10301, 10303, 10304, 10310 |

"Equitable vaccine distribution, especially to neighborhoods most impacted by COVID and long histories of racism, must be front and center if we are to achieve a full and fair recovery for our City, said **Deputy Mayor for Health and Human Services and Task Force Co-Chair Melanie Hartzog**. "Our Task Force on Racial Inclusion and Equity is making sure our efforts are focused on reaching these communities most in need, addressing hesitancy, building trust, and expanding access so all New Yorkers feel safe and informed getting their shots — which will make our whole city safer."

"Data is the lifeblood of our response and identifying where vaccine uptake is lower will help us adapt to ensure an equitable distribution," said **Health Commissioner Dr. Dave Chokshi**. "We need all New

Case 1:21-cv-05090-BMC  Document 2-3  Filed 09/13/21  Page 9 of 42 PageID #: 95

Yorkers to know that this vaccine is safe and effective, and we are working hard every day to ensure we have the supply to vaccinate as many New Yorkers as possible."

"Transparency promotes trust and we have a lot of work to do to build confidence with the city's communities," said **First Deputy Health Commissioner and Chief Equity Officer Dr. Torian Easterling**. "This public health emergency has highlighted the systemic racism that's entrenched in our nation's policies and practices, and we are determined to make sure that this does not happen in the campaign to vaccinate New Yorkers."

# Media Contact

pressoffice@cityhall.nyc.gov
(212) 788-2958

EXHIBIT B

## Race and Ethnicity Chart

| Neighborhood | HIGHEST Race and Ethnicity |
|---|---|
| Lower East Side | 34.8% Asian |
| Morningside Heights and Hamilton Heights | 44% Hispanic |
| Central Harlem | 54% Black |
| East Harlem | 36% Black |
| Washington Heights and Inwood | 68% Hispanic |
| Mott Haven and Melrose | 68.3% Hispanic |
| Hunts Point and Longwood | 68% Hispanic |
| Morrisania and Crotona | 58.9% Hispanic |
| Highbridge and Concourse | 61% Hispanic |
| Fordham and University Heights | 67.7% Hispanic |
| Belmont and East Tremont | 59% Hispanic |
| Kingsbridge | 69.2% Hispanic |
| Parkchester and Soundview | 59% Hispanic |
| Williamsbridge and Baychester, Edenwald | 65% Black |
| Bedford Stuyvesant | 50.8% Black |
| Bushwick | 48.1% Hispanic |
| East New York and Starrett City | 52% Black |
| Sunset Park | 51.9% Hispanic |
| Coney Island | 33.5% Black |
| Flatbush and Midwood | 40% White |
| Brownsville | 76% Black |
| East Flatbush | 75.4% Black |
| Flatlands and Canarsie | 63% Black |
| Queensbridge and Astoria | 50% White |
| Jackson Heights | 64.9% Hispanic |
| Elmhurst and Corona | 54% Hispanic |
| Briarwood, Flushing South | 31% Asian |
| Kew Gardens and Woodhaven | 39.4% Hispanic |
| Woodhaven, Richmond Hill, South Ozone Park | 39% Hispanic |
| Jamaica and Hollis | 59% Black |
| Queens Village | 54% Black |
| Rockaway and Broad Channel | 37% Black |
| St. George, Stapleton, Port Richmond | 39% White |

EXHIBIT C

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 13 of 42 PageID #: 99

Menu



**Health**

Search

About DOHNewsEmploymentNotices and Recent Orders

Select ⌄

- Statements
- Recent Press Releases
- Español (Spanish)
- 繁體中文 (Chinese)
- Press Releases Archive

# 'Get Vaccinated' – Good Advice in Every Language

*A new multicultural, multilingual campaign created with input from New Yorkers of the respective communities launches today to reach Black, Latino, Asian and Orthodox Jewish New Yorkers*

*The multimillion-dollar campaigns come as NYC has reached 6.6-million doses administered*

**May 04, 2021** — The Health Department today launched multicultural and multi-lingual vaccination ad campaigns by and for NYC's Spanish, Haitian Creole, Yiddish, Russian, Mandarin, Cantonese, Korean, Bengali and Urdu-speaking communities. In addition to citywide placement, the campaigns will run in local neighborhood and in language media.

"These campaigns are by and for the communities we're striving to reach," said **Health Commissioner Dr. Dave A. Chokshi**. "We want New Yorkers to hear about the safe and effective COVID-19 vaccines in the languages that they speak from people whom they trust. This vaccine is for you and your community."

The campaigns will run from May 3rd through the end of June. and will run on digital channels, local in-language media and outdoor locations, including bus shelters and at neighborhood businesses, such as bodegas and supermarkets.

In addition, the Health Department will begin airing a new public-service announcement featuring leading doctors at the Health Department to address vaccine confidence, medical mistrust and racism. The announcement is being run with the specific goal of reaching Black New Yorkers. The video is viewable here.

The Health Department routinely translates its ads into the top 13 languages spoken by Limited English Proficient New Yorkers. However, this campaign is even more targeted to specific communities with the concepts informed by community input via focus group testing of New Yorkers of the respective communities, designed with the input of community experts and disseminated in languages spoken by the respective communities.

Case 1:21-cv-05090-BMC Document 2-3 Filed 09/13/21 Page 14 of 42 PageID #: 100

"Get Back," (PDF) the campaign to reach Black New Yorkers emphasizes that with more New Yorkers getting vaccinated, we will be able to get back to the things we have missed and the people we love and recognized that people need to get the facts about the vaccines so that they may make their decision.

"Vacúnate. Por…." ("Get Vaccinated For…") (PDF), the Latino campaign shows some of the most missed activities like hugging and enjoying activities with friends and family and notes that vaccines are available to all regardless of insurance or immigration status.

"The Joys of Life" (PDF) campaign in Chinese, Korean, Bengali and Urdu shows and reminds us that the best way to return to the life and moments we enjoy is to get vaccinated.

"Almost There" (PDF) campaign to reach Orthodox Jewish New Yorkers asks community members to do their part to save a life by getting vaccinated.

New York City has recently reached more than 6.6-million COVID vaccine doses administered. However, disparities remain in community vaccine coverage. In addition to expanded outreach and distribution of vaccine, the City is focusing its public health messages even more intensely.

### ###

#016-21

**MEDIA CONTACT:** Patrick Gallahue / Michael Lanza, (347) 396-4177
PressOffice@health.nyc.gov

EXHIBIT D

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 16 of 42 PageID #: 102

OUR LOCAL CORRESPONDENTS

# THE STRUGGLE TO IMPROVE VACCINATION RATES AMONG LATINOS IN NEW YORK

*Vast disparities in immunization levels persist between the city's communities.*



**By Stephania Taladrid**

May 22, 2021



*Latinos are almost twice as likely to die from the coronavirus as whites in New York City, and they account for the largest share of the city's COVID-19 infections.* Photograph by Spencer Platt / Getty

Case 1:21-cv-05090-BMC	Document 2-3	Filed 09/13/21	Page 17 of 42 PageID #: 103

_Read in Spanish | Leer en español_

This winter, as the pandemic continued to unfold, Myrna Lazcano felt a need to insulate herself from others. A forty-four-year-old community activist from Mexico living in East Harlem, she had spent much of 2020 answering calls from friends, neighbors, acquaintances, and even strangers in need. Beginning last March, cries for help about increasing immigration raids gave way to urgent pleas for food, money, and funeral services. When a neighbor and her husband fell gravely ill with the coronavirus, they asked if Lazcano would take care of their two young daughters if they were to die. After one of her brother's co-workers died of the virus, his corpse lay in his apartment for twelve hours before it was retrieved. "We may not be related by blood," Lazcano said recently, "but we've had too many casualties in this war."

Read _The New Yorker's_ complete news coverage and analysis of the coronavirus pandemic.

Lazcano, who has short dark hair and a serene demeanor, shares a one-bedroom apartment with her husband and two daughters, aged thirteen and nineteen. In the last week of January, her younger daughter, Michelle, tested positive for the virus. Lazcano, who is diabetic, lost her sense of taste within three days. Red bumps appeared across her chest and on the back of her head. Her toes turned purple, her eyes and legs grew swollen, and she found herself gasping for air. But she hesitated to go to the hospital. After losing her day job as a cleaning lady, last spring, Lazcano had stopped paying rent—she owed her landlord more than fourteen thousand dollars, and her bills kept piling up. As her symptoms dragged on for months, she grew increasingly fearful. Under the impression that it might help, she finally decided to try the vaccine. "It's like when people ask, 'How would you like to be martyred,' " she said, half in jest, referring to a Mexican refrain: "_con látigo o chicote_"—with a whip or a lash.

After New York City began the first phase of its vaccine distribution, in December, health authorities issued a detailed breakdown of vaccination rates by demographic, which showed immense disparities. White people were five times more likely to have received the vaccine than Latinos or Blacks, who, respectively, make up nearly a third and a fourth of the city's population. Local officials temporarily took the data offline, claiming it was incomplete. But critics accused the city of repeating the mistake it had made in the spring of 2020, when it held back information on death and infection rates by demographic. To date, Latinos are almost twice as likely to die from the coronavirus as whites, and they account for the largest share of covid-19 infections in the city.

For Lazcano, the pandemic's disproportionate toll on minorities seemed suspicious. So did the speed with which pharmaceutical companies had developed a vaccine. Many of her relatives and friends in the U.S. and Mexico shared similar concerns. "They fear the liquid in the vial," she said. In interviews, three dozen Latinos living in New York City expressed skepticism about how the vaccines were developed, but the primary reason they cited for not getting a shot was a lack of access. When the vaccine was first offered, some people didn't know where to make an appointment or whom to ask for help. And those who did complained about the hurdles they faced: most of them worked more than one job and didn't have time to search for a slot; others didn't have a reliable Internet connection at home or were hesitant to call the vaccination hotline, owing to their limited command of English.

Members of the city's undocumented community faced even greater obstacles. Rebecca Telzak, the deputy director of the immigrant-advocacy group Make the Road New York, said that, in early stages of the vaccine campaign, many people were unable to obtain the documents required to prove job-based eligibility. "The people who work off the books and don't feel comfortable going to their employer for a letter are really struggling to get vaccinated," Telzak said. Many were also fearful of going to a site patrolled by the police or run by the National Guard. "That is usually the people that they don't want to be facing or be talking to,"

Lorena Kourousias, the head of Mixteca, a Brooklyn-based nonprofit that serves the Latino community, observed. "We're just seeing what we see over and over with different issues: systemic barriers for the community to be able to access services."

To Kourousias, the city's strategy denoted an ignorance about the community. Local authorities' intentions were good, she said, but it was clear that they hadn't considered who would be left on the margins. When the governor of New York, Andrew Cuomo, announced that restaurant employees were eligible for the vaccine, in February, Kourousias rented a bus and took thirty workers to the mass-vaccination site at the Javits Center. Many asked if they had to pay for the shot or if getting it would allow immigration officials to declare them a public charge, a tactic that the Trump Administration had used to deny permanent-resident status to immigrants. The Biden Administration has halted the practice, but fear persists in the community. Sites not run by the government presented their own challenges. "CVS, for example, was asking for Social Security numbers," Telzak said. "And that caused a lot of confusion and fear in the immigrant community."

This spring, the city's Department of Health and Mental Hygiene broadened its vaccination strategy, relying on a growing number of N.G.O.s, houses of worship, and consulates. "There is a lack of trustworthiness in government, so part of the engagement is being transparent and recognizing that we need to earn back their trust," Torian Easterling, the department's chief equity officer, told me. "It's about meeting people where they are." In April, the department began deploying a mobile-vaccination bus to reach delivery and restaurant workers in Sunset Park, Bed-Stuy, Harlem, and other neighborhoods. It also opened vaccination sites where seniors could walk in without an appointment, and it has spent two million dollars a month on a Spanish-media campaign. Even so, elected officials in some of the hardest-hit areas of the city said that more needed to be done to improve access.

Mayor Bill de Blasio had included Corona, Queens, in a list of thirty-three priority neighborhoods, but as of mid-March, only nine per cent of adults there had received a first dose of the vaccine. By comparison, the average rate in the five boroughs as a whole stood at twenty-three per cent; in affluent, predominantly white neighborhoods, such as Breezy Point, Queens, and a portion of the Upper East Side, in Manhattan, it was fifty-five and forty-one per cent, respectively. For the congressman Adriano Espaillat, who represents parts of northern Manhattan and the Bronx, the issue wasn't just that vaccination rates were shockingly low but that a new coronavirus variant was said to have originated in Washington Heights. When we spoke in late March, Espaillat explained that it had become the dominant variant. "It's easier for the government to say, 'Let's go to these big institutions and distribute it there,' but the impact that it would have at the local level is less effective," Espaillat added, arguing that it was essential to partner with neighborhood clinics. "It really takes a full-court press."

O ver the course of the pandemic, Juan Carlos Ruiz, a Mexican pastor at the Church of the Good Shepherd, in Bay Ridge, Brooklyn, has worked tirelessly to help members of his community withstand the crisis. Ruiz, who was profiled in this magazine last year, has delivered groceries, organized funerals, and spoken at demonstrations demanding more aid for those most in need. Hundreds of people have walked through his church's doors each day to receive a meal or pick up a box of food. Yet when the city's vaccination campaign started, he struggled to find people in his community who were planning to receive the shot. "Then when I asked them, 'Would you get vaccinated at the church?' " Ruiz recalled, "invariably, their answer was yes."

Beginning in March, Ruiz turned his church into a vaccination site. On a recent morning, the pastor, who is fifty-one and slender with a dusty-brown beard, was fielding calls from people hoping to get one of the five hundred shots that would be administered that week. In a large hall to the right of the altar, nurses sat at two folding tables. A constant stream of people walked in, filled out their paperwork, and waited patiently to receive a dose of the Johnson & Johnson vaccine. The majority of them spoke English

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 19 of 42 PageID #: 105

haltingly; some couldn't read or write. Many had previously contracted the virus, and practically no one had a health-care plan. "They're on the margins of everything," Ruiz said.

Around nine in the morning, Wendy Reza arrived along with four members of her family. Only her uncle, who was in his seventies, had an appointment. In a hushed voice, the uncle asked the pastor if Reza could have it instead. He explained that Reza had caught the virus in April of last year, when another uncle—a delivery worker—came home sick and passed it to all thirteen members of the family, who live together in a four-bedroom house. At twenty-seven, Reza has struggled with diabetes and hypertension for years. After contracting the virus, she was hospitalized and spent a month on a ventilator. "I couldn't speak," she recalled. "If I needed something, I just had to write it down." Over time, she recovered her voice, but she walked with a cane for nearly a year.

By midafternoon, Jorge Ospina, a pastor from a neighboring church, arrived to get his dose. Ospina, who is Colombian, slight, and short, was grappling with how to assuage his congregants' fears—sharing his own experience from the pulpit had to be part of the answer. "Many have legitimate concerns about getting the vaccine," he said, with a pensive look. In line ahead of him was Juana Torres, a gregarious woman in her fifties and the matron at Ospina's church. Torres claimed that her friends had heard that some people had died or suffered from severe side effects after getting the vaccine. "They don't want to be among them," Torres said, ruefully. Others still couldn't run the risk of missing a single shift at work. "They simply cannot afford to do that," she added.

On the third floor of the church, nine women took part in an embroidery class. Sitting in a circle, the women laughed and exchanged gossip as they drew animal patterns on white cotton masks. They began meeting in the spring of last year, when a majority of them lost their jobs owing to the pandemic. That day, much of their conversation revolved around vaccines. "Every single time I call the pastor, he says, 'Maria José, *la vacuna!* '" a small, exuberant woman of thirty-six said, imitating Ruiz's exhortation to receive a dose.

A knitter to Maria José's left explained that she would not be getting the vaccine because her husband was against it. Two of her nephews were autistic, she said, and she believed, erroneously, that their diagnosis was linked to childhood vaccinations. Some of the women cited the same news reports that Torres had referred to: a person who died within minutes of getting a shot, or others who experienced lasting side effects. A silence ensued, which Maria José broke within seconds. "Well, ladies, in all truth," she said, with the air of someone about to disclose a secret. "I'm just waiting to see if people start sprouting wings!" The room echoed with laughter.

Back in the vaccination area, the mood was joyous. A nurse had managed to extract nine extra doses from vials, and Ruiz was on the phone urging people to get to the church as fast as possible. Leonardo, a wiry man in his twenties from Guatemala, arrived within minutes. Ruiz explained that Leonardo's family was one of thousands who belonged to the indigenous K'iche' community, few of whom wanted to hear about the vaccine. "They fear it is meant to colonize them," Ruiz said. Leonardo was seen as a leader in the community, and Ruiz hoped he would help spread the word. "I called him up the other day," Ruiz said. "And I told him, 'I need *you* to be the first one.' "

T‍hree months after the city began its vaccine rollout, Myrna Lazcano's eldest daughter, Heidi, came home with good news. A social worker was volunteering at La Morada, the Oaxacan restaurant in the Bronx where Heidi worked, to help hundreds of people get vaccine appointments, and she had taken down Lazcano's name. Months after turning their restaurant into a soup kitchen, the owners of La Morada asked Karina Ciprian, a social worker they knew, to talk about vaccines with the families who

Case 1:21-cv-05090-BMC  Document 2-3  Filed 09/13/21  Page 20 of 42 PageID #: 106

came to pick up boxes of food. Ciprian told me that many of the families were having trouble overcoming language or technological barriers.

Now that vaccines are available to all New Yorkers older than twelve, barriers to access have been lowered—people can walk into many vaccination sites without an appointment, and the number of mobile clinics is growing by the week. Still, disparities persist. Vaccination rates have increased across the city, such as in the financial district, where close to ninety per cent of adults have received their first dose. But they remain low in predominantly Latino or Black neighborhoods, such as Corona and East Harlem, where less than sixty per cent of adults have received at least a first dose.

Lazcano was shocked by the number of Latinos who continue to die each week from the virus—and by the fact that distrust of vaccines remained so widespread in the community. The brief suspension of the Johnson & Johnson vaccine after it caused rare blood clots in some women hadn't helped. Its use was resumed within ten days, but many in the community still worried about its perceived lethality—some even believed it was intentional. The last time Pastor Ruiz had offered the shot at his church, in early May, only seventy people showed up, and hundreds of vials had gone unused. His message to the community was the same as Lazcano's: there is no question that the virus is far more lethal than the vaccine.

When Lazcano went to get her shot, at a Catholic school in the Bronx, she had her daughter Heidi take a picture of her getting injected. She wanted to share it with others, to demystify an experience that was feared by so many. That day, one of her neighbors called asking about a box of food that Lazcano was going to give her. "I'll call you later. I'm getting the shot," Lazcano said. The neighbor called again a few hours later. "Did it hurt?" she asked. "How and where can I get it?" Lazcano said that she believes the more Latinos can get the shot, the more people in the community will be persuaded to try it. "Only time will tell if we're being treated as an experiment," she said. "At the end of the day, no one can really tell if the water is hot or cold until one dips in one's feet."

## MORE ON THE CORONAVIRUS

- What will it take to <u>pandemic-proof the United States</u>?
- The last time a vaccine <u>saved America</u>.
- When the virus arrived, <u>Sweden embarked on a risky experiment</u>.
- In the heart of the outbreak, a trauma surgeon <u>travelled to the edge and back</u>.
- The head of the American Federation of Teachers on <u>how to reopen schools safely</u>.
- Even before the COVID-19 crisis, global instability had caused a <u>worrying rise in epidemics</u>.



<u>Stephania Taladrid</u>, a contributing writer, joined The New Yorker's editorial staff in 2017.

More:   New York City    Latinos    Coronavirus    Vaccines    Pandemics

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 21 of 42 PageID #: 107

# THE DAILY

The best of *The New Yorker*, every day, in your in-box, plus occasional alerts when we publish major stories.

Enter your e-mail address

Your e-mail address

Sign up

By signing up, you agree to our User Agreement and Privacy Policy & Cookie Statement.

## Read More

OUR LOCAL CORRESPONDENTS

## LA LUCHA POR MEJORAR LAS TASAS DE VACUNACIÓN ENTRE LOS LATINOS EN NUEVA YORK

Enormes disparidades persisten en los niveles de inmunización entre las comunidades de la ciudad.

By Stephania Taladrid

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 22 of 42 PageID #: 108

Cookies Settings

EXHIBIT E

Case 1:21-cv-05090-BMC Document 2-3 Filed 09/13/21 Page 24 of 42 PageID #: 110

Skip Main Navigation

Menu

The Official Website of the City of New York

Text Size

Select Language ▾

Powered by Google Translate

Search Search    Search

## Secondary Navigation

MayorFirst LadyNewsOfficials

# Vaccine for All: NYC Kicks Off "Youth Vax Week"

June 2, 2021

**NEW YORK**—Mayor Bill de Blasio today announced the start "NYC Youth Vax Week," a week-long initiative to combat misinformation regarding the COVID-19 vaccine and encourage parents and guardians to allow their children 12 years and older to get the authorized Pfizer vaccine.

"New York City is outpacing the nation in vaccinating our youngest residents, and our outreach to younger New Yorkers is only just beginning," said **Mayor Bill de Blasio**. "Whether it's the New York Aquarium, the Bronx Zoo, or the classroom, we're going to reach kids everywhere. The more New Yorkers who get vaccinated and protect one another, the closer we will be to moving on from this pandemic and getting back to the people and the activities that we love."

"Making sure our younger New Yorkers and their parents and guardians have the right information about the COVID-19 vaccine is critical in making them feel comfortable to get the safe, effective, and life-saving vaccine," said **Deputy Mayor for Health and Human Services Melanie Hartzog**. "We're grateful for all of our City and community partners who are in this with us and are helping to make our City and residents safer through the vaccine."

The City will host 'Youth Vax Block Parties' at popular parks in each borough. The parties will each have a vaccine bus providing the Pfizer vaccine stationed in its proximity, and families can enjoy food, music and other activities.

NYC Youth Vax Week mobile vaccine buses will be stationed in the following locations:

**Brooklyn**

- Coney Island, 1310 Surf Avenue (June 5th - June 6th, 11:00AM - 7:00 PM)
- Marcy Plaza (Across Restoration Plaza), Marcy Ave and Fulton St (June 3rd - June 4th, 12:00 PM - 8:00 PM)
- Brooklyn Museum, 150 Eastern Parkway (June 2nd - June 4th, 11:00 AM - 7:00 PM)

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 25 of 42 PageID #: 111

**Queens**

- Corona Plaza, 40-12 National Street (June 1st- June 54, 12:00 PM - 8:00 PM)
- Rockaway Beach/Beach 84 (June 5th - June 6th, 11:00 AM - 7:00 PM)
- Travers Park, @ 34th Ave Open Streets in front of Travers Park 78-1 34th Avenue (June 3rd- June 6th, 12:00 PM - 8:00 PM )
- Jackson Heights, 73-21A Broadway (June 1st- June 4th, 12:00 PM - 8:00 PM)

**Manhattan**

- Marcus Garvey Park, 27 East 124th Street (June 5th - June 7th, 12:00 PM - 8:00 PM)
- Lower East Side/Van Gogh Exhibit, Pier 36, 299 South St, Manhattan (June 4th - June 6th, 9:00 AM - 5:00 PM)

**Bronx**

- Orchard Beach, Park Drive (June 5th - June 6th, 11:00 AM - 7:00 PM)
- Crotona Park - Boxcar Playground, Crotona Park East & Charlotte Street (June 5th - June 7th, 11:00 AM - 7:00 PM)
- Fordham Plaza, 1 Fordham Plaza (June 1st - June 3rd, 12:00 PM - 8:00 PM)

**Staten Island**

- Tappen Park (June 3rd- June 6th, 12:00 PM - 6:00 PM)

Additional mobile vans will also be stationed at the following locations:

- Herbert Von King Park, Street Parking by 670 Lafayette Ave, Brooklyn (May 31st - June 1st; June 3rd - June 6th 8:00 AM - 6:00 PM)
- Red Hook Park, Corner of Bay Street and Columbia Street, Brooklyn (June 3rd - June 5th; 8:00 AM - 6:00 PM)
- Grand Army Plaza, Pedestrian Plaza at Grand Army Plaza Entrance to Prospect Plaza, Brooklyn (June 6th; 8:00 AM - 6:00 PM)
- Kissena Corridor Park, Corner of Colden Street and Geranium Avenue, Queens (June 6th, 8:00 AM - 6:00 PM)
- Cunningham Park, Corner of 193rd Street and Aberdeen Road, Queens (June 3rd - June 4th; June 5th - June 6th 8:00 AM - 6:00 PM)
- Wolfe's Pond Beach, Wolfe's Pond Park Chester St, Staten Island (June 3rd - June 5th, 8:00 AM - 6:00 PM)

To find the nearest COVID-19 vaccine site carrying the Pfizer vaccine, you can visit https://vaccinefinder.nyc.gov/ or call 844-VAX-4NYC.

"We are all longing for a normal life and this is especially true for our young people. With the launch of Youth Vax Week, which we have promoted through DYCD's Barbershop Talks, our youth and their families will connect directly with health experts to learn about the COVID-19 vaccine and its benefits. Getting vaccinated will enable young people to get back to everyday life and to meet friends and family while protecting themselves and their loved ones in time for the summer and the start of the new school year," said **DYCD Commissioner Bill Chong.**

"Vaccination offers young people a chance to more safely enjoy the summer," said **Health Commissioner Dr. Dave A. Chokshi.** "NYC Youth Vax Week is a fun kick-off to the season—but also a chance to answer questions from young people and their parents or guardians about the safe and highly effective Pfizer vaccine."

"Our youth are the future of New York City, and no recovery from COVID-19 is complete without keeping them safe by getting them vaccinated," said **Dr. Ted Long, Executive Director of the NYC Test & Trace Corps and Senior Vice President for Ambulatory Care and Population Health at NYC Health + Hospitals.** "As we focus on young people with the launch of NYC Youth Vax Week, I urge all families to bring their children 12 years and older to get vaccinated, so that we can all enjoy a safe Summer of NYC."

"To build a just recovery for all, we must ensure that our immigrant youth and families have the information and support they need to get the COVID-19 vaccine. NYCYouth Vax Week will offer them a full week of fun, culturally relevant experiences and direct outreach that will help to make our city safer and healthier. MOIA is proud to support this effort with on-the-ground support in immigrant communities across the city, as we continue working with our partners for an equitable recovery for immigrant families," said **May Malik, Deputy Commissioner for the Mayor's Office of Immigrant Affairs.**

"Vaccines are the best tool we have to fully end the COVID-19 pandemic, and the best way to get people vaccinated is to make it as simple and easy as possible," said **New York State Senator Brad Hoylman.** "Youth Vax Week's block parties and vaccine busses will bring these life-saving shots to children who only recently became eligible. I appreciate all the ways the City has creatively brought vaccines to where people are and bring New York closer to herd immunity."

"COVID-19 rates have been decreasing since more individuals have been vaccinated," said **New York State Senator Roxanne J. Persaud.** "Providing youth with the ability to be vaccinated will aid in the decrease in rates. The Youth Vax Week initiative gives youth the ability to be on board with this initiative and improves our public health."

"As we continue to move forward in hopes of fully reopening NYC, I welcome the City's week of events to get our young people vaccinated, including in my neighborhood of Washington Heights! By creating fun and safe spaces, these events will help combat misinformation around the COVID-19 vaccine and focus on increasing vaccination rates among youth as we enter New York's come-back summer," said **New York State Senator Robert Jackson.**

"Now that kids age 12 and older are eligible, it is critical we think creatively to ensure more of our youth have access COVID19 vaccine and can start their summer's healthy and protected. I applaud the work of the Mayor's Office is doing to get vaccines to our families and youth—meeting communities where they are to help stop the spread," said **New York State Senator Jessica Ramos.**

"It is clear to us now that coronavirus can impact our younger people as well," said **Assembly Member Jessica González-Rojas.** "As a parent and as a legislator it is important to me that our communities have all the facts necessary to make informed healthcare decisions. I'm grateful to the organizations and the Mayor's office for their kickoff of Youth Vax Week. The more informed our communities are the safer we can be."

"The COVID-19 vaccines are highly effective and now that the Pfizer vaccine is approved for children 12 and above, Mayor de Blasio's plan to expand outreach will be an important tool to increase the New York

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 27 of 42 PageID #: 113

vaccination rate and protecting more New Yorkers," said **Assembly Health Committee Chair Richard Gottfried.**

"Getting vaccinated is how we defeat this deadly pandemic. I welcome Youth Vax Week and the community spirit it encourages, as young people step up to do their part in preventing Covid-19 from spreading and causing harm in our shared communities. Thanks to all those making this event possible, and thanks to all those helping to stop this virus," said **Council Member Robert E. Cornegy, Jr.**

"We've made incredible strides with getting more of our Corona/11368 community vaccinated - from being at the bottom of the list to moving up significantly with 50% of adults fully vaccinated. We're not out of the woods yet and part of ensuring the families hardest hit by COVID-19 are protected is making vaccination accessible to our youth. I encourage families to join us for 'Youth Vax Week' and during Friday's block party at Corona Plaza to get all ages 12 and up vaccinated," said **Council Member Francisco Moya.**

# Media Contact

pressoffice@cityhall.nyc.gov
(212) 788-2958

# EXHIBIT F

menu    WATCH VIDEOS                                                71°        Log In



THE GOLDEN AGE OF TRAVEL

HEALTH & FITNESS

# $125 million spent on NYC COVID ad campaign

By Dan Krauth

Friday, July 30, 2021        SHARE    TWEET    EMAIL



EMBED <>    MORE VIDEOS

The city has been blitzing the airways, internet and bus terminals with a COVID-19 ad campaign -- and there has been an uptick in people getting shots in some of the hardest hit ar

NEW YORK (WABC) -- 7 On Your Side Investigates has been tracking vaccination rates in New York City neighborhoods and is finding an uptick in people getting shots in some of the hardest hit areas.

Meanwhile, the city is spending millions of dollars on ads to target communities who have not been vaccinated.

Advertisement





There are neighborhoods where doctors say more people are vulnerable to getting the delta variant of the virus, places where more people are unvaccinated.

Medical workers are trying to change that from the Bronx to central Harlem to Brooklyn.

"That's an area of great concern, we're working on it," said Dr. Edward Telzak of St. Barnabas Hospital in the Bronx.

Since 7 On Your Side first investigated the issue last month, there has been a 20% increase in vaccinations, on average, per neighborhood.

But there are still 17 zip codes where 40% or less of the population have been vaccinated. Most of those zip codes are in Brooklyn.

**Covid-19 vaccinations per zip code**

All ages `



Source: NYC Department of Health • Data as of 8/5

"It's frustrating because the longer we wait to reach herd immunity, the higher the chance of having more and more mutations," said Dr. Raji Ayinla of NYC Health + Hospitals Harlem.

The city has been blitzing the airways, internet and bus terminals with a COVID-19 ad campaign in multiple languages.

The city health department has spent $125 million so far this year on its campaign, including ads encouraging people to get vaccinated.

During a recent budget meeting, the health department said it's the biggest media campaign they've ever done.

"Our budget for media is somewhere north of a $140 million and the vast majority of that funding has been focused on the vaccination campaign and it's been targeted toward dozens of languages, all sorts of media," said Sami Jarrah of the NYC Department of Health and Mental Hygiene in a recent meeting.

In a statement, a health department spokesperson said, "These figures include citywide placement as well as targeted placement in areas with lower vaccination rates."

# CDC COVID-19 Transmission Levels by U.S. County



**Level of community transmission**

high

substantial

moderate

low

Leaflet (https://leafletjs.com) | © OpenStreetMap (https://www.openstreetmap.org/copyright) contributors © CARTO (https://carto.com/attributions)

| Search for your state or county... |

| State | County | Transmission Level |
| --- | --- | --- |
| Alabama | Autauga County | high |
| Alabama | Baldwin County | high |
| Alabama | Barbour County | high |
| Alabama | Bibb County | high |
| Alabama | Blount County | high |
| Alabama | Bullock County | high |

‹  1  / 537  ›

### SOURCE: This data comes from the CDC (https://covid.cdc.gov/covid-data-tracker/#county-view), which does not report some data for certain areas to protect privacy.

*Map not displaying correctly? Click here to open in a new window.*

EXHIBIT G

Menu


**Health**

Search

# COVID-19: Data

| Select |

- COVID-19
- Symptoms and Care
- Prevention and Groups at Higher Risk
- Vaccine
- Testing
- Pregnancy
- Mental Health and Substance Use
- Data
- Information for Providers
- Reopening Businesses and Schools
- Community Services
- Posters and Flyers

Latest   **Vaccines**   Variants   Trends   Totals   Data by ZIP   Key Indicators

# Vaccines

The COVID-19 vaccine is now available to all New York residents 12 and older.

The Health Department is closely monitoring the status of vaccinations in NYC, including the demographics and locations of people who have received the vaccine.

**Partially and Fully Vaccinated:** Partially vaccinated people have received only the first of two doses of the Pfizer or Moderna vaccine. Fully vaccinated people have either received both doses of the Pfizer or Moderna vaccine, or the one dose of the Johnson & Johnson/Janssen vaccine. People with at least one dose includes people who are either partially or fully vaccinated.

Data on this page come from the Citywide Immunization Registry (CIR).

Download our data and technical notes on Github.

Jump to:

- Summary

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 35 of 42 PageID #: 121

- o Percent of Residents Vaccinated
- o People Vaccinated and Doses Administered
- Doses Administered: Trends
- Vaccinations Among NYC Residents
  - o By ZIP Code
  - o By Demographic Group
  - o By Borough
- Vaccinations by Residency
- About the Data, Reporting Lag Time and Health Inequities

# Percent of Residents Vaccinated

These charts show the percent of NYC residents vaccinated for COVID-19.

All ages   Adults   65 and Older



Back to the top

# Summary: People Vaccinated and Doses Administered

This table shows how many NYC residents have been vaccinated citywide and by borough, and how many doses have been administered in NYC.

All Ages   Adults   65 and Older   Doses Administered

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 36 of 42 PageID #: 122

Total NYC residents vaccinated

| Borough | Population | At Least 1 Dose | At Least 1 Dose (%) | Fully Vaccinated |
|---------|-----------|-----------------|---------------------|------------------|
| **Citywide** | **8,336,817** | **5,539,315** | 66% | **4,980,256** |
| Bronx | 1,421,021 | 838,665 | 59% | 728,547 |
| Brooklyn | 2,559,903 | 1,507,933 | 59% | 1,353,091 |
| Manhattan | 1,611,420 | 1,239,218 | 77% | 1,127,191 |
| Queens | 2,268,330 | 1,659,092 | 73% | 1,505,297 |
| Staten Island | 476,143 | 294,407 | 62% | 266,130 |

*Updated: September 08, at 9:30 a.m.*

Back to the top

# Doses Administered

These data below show the total, daily and seven-day average of COVID-19 vaccine doses administered in NYC. This includes doses given in the city to non-NYC residents.

Total   Daily   Table


Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 37 of 42 PageID #: 123

Total number of doses administered in NYC



*About the data for this chart. Get the data.*

Back to the top

# Vaccinations by ZIP Code

These data show the percent of NYC residents who received at least one dose of COVID-19 vaccine, and the percent who are fully vaccinated by, Modified ZIP Code Tabulation Areas (MODZCTAs). MODZCTAs can provide better estimates of population size than ZIP codes because they combine census blocks that have smaller populations.

Map     Table

At least 1 dose:   ● All ages   ○ Adults
Fully vaccinated:  ○ All ages   ○ Adults

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 38 of 42 PageID #: 124



*About the data for this map. Get the data.*

Back to the top

# Vaccinations by Demographic Group

This table shows data on the percent of NYC residents vaccinated by age, race/ethnicity and sex.

All Ages   Adults

NYC residents vaccinated

| Age | At least 1 dose | Fully vaccinated |
|---|---|---|
| 0 to 17 | 20% | 16% |
| 18 to 24 | 73% | 61% |
| 25 to 34 | 71% | 62% |
| 35 to 44 | 80% | 72% |
| 45 to 54 | 83% | 76% |
| 55 to 64 | 86% | 80% |
| 65 to 74 | 85% | 81% |
| 75 to 84 | 76% | 72% |
| 85 and older | 61% | 57% |

| Race/ethnicity | At least 1 dose | Fully vaccinated |
|---|---|---|
| Asian/Native Hawaiian or other Pacific Islander | 80% | 75% |
| Black | 41% | 36% |
| Hispanic/Latino | 56% | 48% |
| Native American/Alaska Native | 83% | 74% |
| White | 51% | 48% |

| Sex | At least 1 dose | Fully vaccinated |
|---|---|---|
| Female | 67% | 60% |
| Male | 65% | 58% |

*Only residents 12 and older are eligible for vaccination*
*The number of people who received at least one dose includes people who are fully vaccinated.*
*The Hispanic/Latino category includes people of any race. Vaccination rates for people identified with unknown sex, unknown race/ethnicity, or other race/ethnicity are not available; counts are available below.*

*About the data for this chart. Get the data.*

Back to the top

# Vaccinations by Borough

These data show the percent of NYC residents who received at least one dose of COVID-19 vaccine and the percent who are fully vaccinated, by borough of residence and demographic group. The percentages reflect the number of people vaccinated within that specific demographic group. Vaccination rates are reported by standard U.S Census age categories. The population estimate available for youth eligible for vaccination is among ages 13 to 17.

At Least 1 Dose    Fully Vaccinated

**NYC residents with at least 1 dose**



30% 40% 50% 60% 70%

| Age Group | Race/Ethnicity | Citywide | Bronx | Brooklyn | Manh |
|---|---|---|---|---|---|
| Boroughwide | Boroughwide | 66% | 59% | 59% | 77 |
| All ages | Asian/NHPI | 80% | 64% | 81% | 81 |
| All ages | Black | 41% | 40% | 41% | 47 |
| All ages | Hispanic/Latino | 56% | 47% | 53% | 65 |
| All ages | White | 51% | 49% | 44% | 63 |
| 13 to 17 | Asian/NHPI | 100% | 69% | 100% | 10 |
| 13 to 17 | Black | 37% | 37% | 37% | 40 |
| 13 to 17 | Hispanic/Latino | 62% | 52% | 55% | 75 |
| 13 to 17 | White | 40% | 47% | 25% | 80 |
| 18 to 44 | Asian/NHPI | 91% | 76% | 95% | 87 |
| 18 to 44 | Black | 40% | 38% | 39% | 47 |
| 18 to 44 | Hispanic/Latino | 66% | 52% | 64% | 74 |
| 18 to 44 | White | 58% | 53% | 56% | 67 |
| 45 to 64 | Asian/NHPI | 92% | 77% | 94% | 91 |
| 45 to 64 | Black | 56% | 59% | 55% | 61 |
| 45 to 64 | Hispanic/Latino | 75% | 69% | 71% | 81 |
| 45 to 64 | White | 60% | 62% | 55% | 69 |
| 65 and Older | Asian/NHPI | 84% | 68% | 94% | 78 |
| 65 and Older | Black | 58% | 57% | 57% | 61 |
| 65 and Older | Hispanic/Latino | 64% | 61% | 60% | 67 |
| 65 and Older | White | 60% | 53% | 53% | 69 |

*Only residents 12 and older are eligible for vaccination*
*NHPI = Native Hawaiian or other Pacific Islander*
*Data on people with unknown race/ethnicity or who identify as other categories, including*
*Native American/Alaska Native or multi-racial, are not provided here. The Hispanic/Latino*

Back to the top

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 41 of 42 PageID #: 127

# Vaccinations by NYC Residency

The Doses Administered table shows the total number of doses administered to NYC residents and non-residents at facilities located in NYC. The People Vaccinated and Race/Ethnicity tables show the number of residents and non-residents who have received at least one dose. These include NYC residents who received vaccinations in NYC, outside the city in New York State or New Jersey, or elsewhere that were reported to the CIR.

Doses Administered    By People Vaccinated    By Race/Ethnicity

| Residence | Doses Administered (Under 18) | Doses Administered (18 and Older) | Total Doses Administered | Percent o Dose Administeret by Residenc |
|---|---|---|---|---|
| **Total** | **619,567** | **10,282,220** | **10,901,787** | **100%** |
| NYC | 581,871 | 8,994,629 | 9,576,500 | 87.8% |
| Non-NYC | 37,527 | 1,252,447 | 1,289,974 | 11.8% |
| Unknown | 169 | 35,144 | 35,313 | 0.3% |

Back to the top

**About the Data**: Data on this page come from the Citywide Immunization Registry (CIR). The CIR keeps immunization records for all city residents throughout their lives.

**Reporting Lag Time**: Data are updated daily with a one-day lag, meaning that the most recent data in today's update are from yesterday. Data from previous days will be updated as vaccination records are processed.

**Demographic Data**: Some vaccination records do not include race/ethnicity data. The CDC requires this data be reported, but it has not always been a requirement and is inconsistently reported.

**Health Inequities in Data**: Differences in health outcomes and vaccination coverage among racial and ethnic groups are due to long-term structural racism, not biological or personal traits.

Structural racism — centuries of racist policies and discriminatory practices across institutions, including government agencies, and society — prevents communities of color from accessing vital resources (such as health care, housing and food) and opportunities (such as employment and education), and negatively affects overall health and well-being. The disproportionate impact of COVID-19 on New Yorkers of color highlights how these inequities negatively influence health outcomes.

Case 1:21-cv-05090-BMC   Document 2-3   Filed 09/13/21   Page 42 of 42 PageID #: 128

Read how we are working to address inequities during this public health emergency (PDF).