

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KERRI DEVINE
JASMINE PAUL
**Administrative Law
and Regulatory Litigation Division**
212-356-2192
Facsimile: (212) 356-2019
kdevine@law.nyc.gov
jpaul@law.nyc.gov

October 6, 2021

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  <u>Shaw-Nae Dixon at al.v. Bill De Blasio, et al.</u>, Civil Case No. 21-cv-5090

Dear Judge Cogan:

        We are attorneys in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, counsel for defendants in the above-referenced action. Defendants respectfully request that their time to respond to the Complaint be extended by thirty days from the date the Court issues a decision on Plaintiffs' motion for a preliminary injunction.

        Defendants seek the extension due to the time spent drafting opposition to Plaintiff's motion for preliminary injunction, which was filed on October 5, 2021, and time needed to prepare for argument on the motion scheduled on October 8, 2021.  Moreover, the decision on the motion for a preliminary injunction will inform how defendants proceed with respect to the underlying litigation..

        This is the Defendants' first request for an extension of time to answer or otherwise respond to the Complaint.  We have reached out to Plaintiffs' counsel and obtained his consent to this extension. The only scheduled date for this action is October 8, 2021 for oral argument on Plaintiffs' preliminary injunction application, which is unaffected by this request. Currently, there are no other scheduled Court dates in this action.

        Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jasmine Paul and Kerri Devine
Jasmine Paul and Kerri Devine
Assistant Corporation Counsel


cc: Ronald A. Berutti, Esq. (by ECF)
WEINER LAW GROUP LLP
Attorney for Plaintiffs
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054