# EXHIBIT C

# Purple Book
## Database of Licensed Biological Products

## Simple Search Results for: *Comirnaty*   [ New Search ]   [ Navigate to Advanced Search ]

The Simple Search Results page for the selected product includes all biological products that share a core name (*i.e.*, biosimilar, interchangeable, reference, and related biological products).

Matching card colors indicate a biological product is biosimilar to or interchangeable with a reference product.

### Biosimilar(s) ⓘ

*No biosimilar data at this time.*

### Interchangeable(s) ⓘ

*No interchangeable data at this time.*

### Reference Product(s) ⓘ

**Proprietary Name**
*Comirnaty*

**Proper Name**
*COVID-19 Vaccine, mRNA*

🧴 Product Label  💉

To view a list and definitions of Product Presentation Icons (e.g., 🧴 , 💉 ), click here. Hover over icons to view additional information.

Grayed out Product Label links indicate that there is no product label available for the product.