# EXHIBIT D

**Comirnaty (koe-mir'-na-tee), COVID-19 Vaccine, mRNA**

The Pfizer-BioNTech COVID-19 Vaccine is also known as COMIRNATY (COVID-19 Vaccine, mRNA). Comirnaty is U.S. Food and Drug Administration (FDA)-approved in individuals 16 years of age and older to prevent coronavirus disease 2019 (COVID-19) caused by SARS CoV 2. The Pfizer-BioNTech COVID-19 Vaccine is authorized for emergency use by FDA to prevent COVID-19 for use in individuals 12 years and older and to provide a third dose to individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise.

## QUESTION: WHEN AND HOW WILL COMIRNATY BE AVAILABLE?

ANSWER:

On August 23, 2021, the U.S. Food and Drug Association (FDA) approved Comirnaty® (COVID-19 Vaccine, mRNA).[1]

The FDA-approved Comirnaty (COVID-19 Vaccine, mRNA) and the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine under Emergency Use Authorization (EUA) have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[2]

Also, because of the interchangeability between Comirnaty and Pfizer-BioNTech COVID-19 Vaccine, the process on how you can access the vaccine will currently remain the same.[3,4] A vaccines finder is available at www.vaccines.gov.

At this time, Pfizer Medical Information does not have additional information on the timing of availability of Comirnaty-labeled vaccine.

*Learn More:*

*What can I do with this information?*
This document provides an answer to your question about a Pfizer product but it does not contain all the available information. It does not take the place of talking to your vaccination provider, doctor, or pharmacist. This information is provided for informational purposes only and is not meant to be a substitute for advice provided by a vaccination provider, doctor, or other qualified health care professional. Patients should not use this information for diagnosing a health or fitness problem or disease. You should always talk with a vaccination provider, doctor, or other qualified health care professional about whether a specific treatment or medication is right for you and before starting a new treatment or activity. They are in the best position to advise you about the suitability of a particular treatment as they have access to the details of your medical history, as well as to information on all medical products.

*Where can I get more information?*
Please refer to the Vaccine Information Fact Sheet for Recipients and Caregivers about Comirnaty (COVID-19 Vaccine, mRNA) and Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-

19) on important treatment considerations for Comirnaty and the Pfizer-BioNTech COVID-19 Vaccine via the following link: https://www.pfizermedicalinformation.com/en-us/patient/pfizer-biontech-covid-19-vaccine or www.cvdvaccine.com.  In the event this link does not work, please access the product's Fact Sheet or Prescribing Information at www.pfizer.com.

## What should I do if I get any side effects?

The Vaccine Information Fact Sheet for Recipients and Caregivers about Comirnaty (COVID-19 Vaccine, mRNA) and Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19) or Prescribing Information includes a list of possible side effects.  If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.  Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.  Report side effects to **FDA/CDC Vaccine Adverse Event Reporting System (VAERS)**.  The VAERS toll-free number is 1-800-822-7967 or report online to http://vaers.hhs.gov/reportevent.html.  Please include either "COMIRNATY (COVID-19 Vaccine, mRNA)" or "Pfizer-BioNTech COVID-19 Vaccine EUA", as appropriate, in the first line of box #18 of the report form.  In addition, you can report side effects to Pfizer Inc. at www.pfizersafetyreporting.com, via fax at 1-866-635-8337, or by telephone at 1-800-438-1985.

## References:

1. U.S. Food and Drug Administration (FDA).  FDA Approves First COVID-19 Vaccine.  Approval Signifies Key Achievement in Public Health (internet).  Available at: https://www.fda.gov/news-events/press-announcements/fda-approves-first-covid-19-vaccine.  August 23, 2021.  Accessed September 14, 2021.
2. Vaccine Information Fact Sheet for Recipients and Caregivers about Comirnaty (COVID-19 Vaccine, mRNA) and Pfizer-BioNTech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19).  Pfizer/BioNTech, Pfizer Inc/BioNTech.
3. Comirnaty® (COVID-19 vaccine, mRNA) Pfizer-BioNTech COVID-19 vaccine Data on File 182, Pfizer.
4. Vaccines.gov.  U.S. Centers for Disease Control and Prevention (CDC).  Find a COVID-19 vaccine near you (internet).  Available at www.vaccines.gov.  Page accessed September 14, 2021.

This site is intended for U.S. Healthcare Professionals.

| Indication & Authorized Use | Safety Info |
|---|---|

| Full Prescribing Information (FDA Approved - 16 Years & Up) | EUA Letter & Fact Sheets (12 Years & Up) |
|---|---|

Home    Dosing & Administration    Clinical Efficacy    Safety Info    Q&A    Product Storage & Dry Ice    Resources

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

### Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

### Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

Diluent

> What is the difference between FDA approval and an EUA?

Administration

> For which age groups has the vaccine received FDA approval?

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

### Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

### Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

How do I dilute the vaccine for administration?

Will the vaccine be supplied and shipped with the diluent?

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

## Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

## Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

How many doses are in each diluted vial?

What are the ingredients included in the vaccine?

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

### Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

### Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

- Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

- Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

- Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

- Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

- Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

- Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

- The vaccine may not protect all vaccine recipients.

- In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

- In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

- In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

- In a clinical study of adolescents 12 through 15 years of age, the most commonly

How long can undiluted vials be stored in a refrigerator?

Can I still use the product if it has been exposed to light?

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

## Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

## Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions ($\geq$10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions ($\geq$10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions ($\geq$10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

## Thermal Shipping Container

Open all

How do I follow up on the status of my product order?

Whom do I contact if I have an issue with my shipment?

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

### Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

### Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

Ensuring Authenticity

How can I verify if the vaccine product I receive is authentic?

References

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

## Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

## Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:

- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions (≥10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions (≥10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions (≥10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly

Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany
Marketing Authorization Holder

Manufactured by
Pfizer Inc.
New York, NY 10017

The Pfizer-BioNTech COVID-19 Vaccine, which is based on BioNTech proprietary mRNA technology, was developed by both BioNTech and Pfizer.

This site is intended only for U.S. healthcare professionals. The products discussed in this site may have different product

## Indication & Authorized Use

The FDA-approved COMIRNATY® (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.

## Indication

COMIRNATY® is a vaccine indicated for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older.

## Authorized Use

COMIRNATY® (COVID-19 Vaccine, mRNA) is also authorized for emergency use to provide:
- a two-dose primary series in individuals 12 through 15 years
- a third primary

## Important Safety Information

Known history of a severe allergic reaction (eg, anaphylaxis) to any component of COMIRNATY® is a contraindication.

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine.

Monitor vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Postmarketing data demonstrate increased risks of myocarditis and pericarditis, particularly within 7 days following the second dose.

Syncope (fainting) may occur in association with administration of injectable vaccines, including this vaccine. Procedures should be in place to avoid injury from fainting.

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the vaccine.

The vaccine may not protect all vaccine recipients.

In clinical studies of participants 16 through 55 years of age, the most commonly reported adverse reactions ($\geq$10%) were pain at the injection site (88.6%), fatigue (70.1%), headache (64.9%), muscle pain (45.5%), chills (41.5%), joint pain (27.5%), fever (17.8%), and injection site swelling (10.6%).

In clinical studies of participants 56 years of age and older, the most commonly reported adverse reactions ($\geq$10%) were pain at the injection site (78.2%), fatigue (56.9%), headache (45.9%), muscle pain (32.5%), chills (24.8%), joint pain (21.5%), injection site swelling (11.8%), fever (11.5%), and injection site redness (10.4%).

In a clinical study evaluating administration of a booster dose in participants 18 through 55 years of age, the most commonly reported adverse reactions ($\geq$10%) following the dose were pain at the injection site (83.0%), fatigue (63.7%), headache (48.4%), muscle pain (39.1%), chills (29.1%), and joint pain (25.3%).

In a clinical study of adolescents 12 through 15 years of age, the most commonly