**EXHIBIT F**



Search

# COVID-19: Data

Select

- COVID-19
- Symptoms and Care
- Prevention and Groups at Higher Risk
- Vaccine
- Testing
- Pregnancy
- Mental Health and Substance Use
- Data
- Information for Providers
- Reopening Businesses and Schools
- Community Services
- Posters and Flyers

**Latest** Vaccines Variants Trends and Totals Data by ZIP Key Indicators

# Latest Data

**NEW:** You can now get weekly COVID-19 rates from the past three months by vaccination status, age and race/ethnicity in the "Recent Trends" tab on this page. We are also providing data on total cases, hospitalizations and deaths by vaccination status.

We will update these data every Thursday.

This page shows the latest data and key metrics on COVID-19 in New York City. We update data every day in the early afternoon.

- About the Data, Reporting Lag Time and Health Inequities.
- Download data and technical notes on Github.

| Summary | Transmission | Recent Trends | Maps | Testing |

# Summary

The table below compares the daily averages for the last seven days to the daily averages for the last 28 days.

| Measure | Daily average (last 7 days) | Daily average (last 28 days) | Trend |
|---|---|---|---|
| **Percent Positive** <br> Percent of people tested who test positive | See Key Indicators | 2.99% | Decreasing |
| **Confirmed Cases** <br> People with a positive molecular test | 909 | 1,219 | Decreasing |
| **Probable Cases** <br> People with a positive antigen test, or symptoms and confirmed exposure, or probable death | 273 | 369 | Decreasing |
| **Total Cases** | 1,182 | 1,588 | Decreasing |
| **Hospitalizations — At least*** <br> People hospitalized within 14 days of diagnosis | 32 | 70 | Decreasing |
| **Confirmed Deaths — At least*** <br> Deaths with a positive molecular test | 9 | 12 | Decreasing |

*Updated: October 5*

*Due to delays in reporting, the actual number of hospitalizations and deaths in the last seven days will likely be higher than what is currently reported.

About the data for this chart | Get the data.

Back to the top

| Expand All | Collapse All |

▼ **Defining Confirmed and Probable Cases and Deaths**

COVID-19 cases and deaths are categorized as probable or confirmed.

- **Confirmed Case**: Positive result from a molecular test, such as a PCR test. Unless specifically labeled as "probable cases," data on cases are for confirmed cases only.

- **Probable Case**: Defined as any of the following:
    - Positive antigen test result
    - Person has symptoms and was exposed to a confirmed case
    - Person died and their cause of death on the death certificate is COVID-19 or similar, but a positive molecular test is not on record

Learn more about these case definitions.

- **Confirmed Death**: Death following a positive molecular test.

- **Probable Death**: Cause of death on the death certificate is COVID-19 or similar, but a positive molecular test is not on record.

Learn more about these death definitions.

### Types of Tests

**About the Data**: All of the data on these pages were collected by the NYC Health Department. Data will be updated daily but are preliminary and subject to change.

**Reporting Lag Time**: Our data are published with a three-day lag, meaning that the most recent data in today's update are from three days before.

This lag is due to the standard delays (up to several days) in reporting to the Health Department a new test, case, hospitalization or death. Given the delay, our counts of what has happened in the most recent few days are artificially small. We delay publishing these data until more reports have come in and the data are more complete.

**Health Inequities in Data**: Differences in health outcomes among racial and ethnic groups are due to long-term structural racism, not biological or personal traits.

Structural racism — centuries of racist policies and discriminatory practices across institutions, including government agencies, and society — prevents communities of color from accessing vital resources (such as health care, housing and food) and opportunities (such as employment and education), and negatively affects overall health and well-being. The disproportionate impact of COVID-19 on New Yorkers of color highlights how these inequities negatively influence health outcomes.

Review how we are working to address inequities during this public health emergency (PDF).

## Additional Resources

- NYC Public Schools COVID-19 Data
- NYC Contact Tracing Data
- COVID-19 Zone Finder
- Age-Adjusted Rates

## More Information

- Download archived data files (March 17 to May 17).