**EXHIBIT G**

Menu



Search

# COVID-19: Data

Select

- COVID-19
- Symptoms and Care
- Prevention and Groups at Higher Risk
- Vaccine
- Testing
- Pregnancy
- Mental Health and Substance Use
- Data
- Information for Providers
- Reopening Businesses and Schools
- Community Services
- Posters and Flyers

Latest   **Vaccines**   Variants   Trends and Totals   Data by ZIP   Key Indicators

# Vaccines

The COVID-19 vaccine is now available to all New York residents 12 and older.

The Health Department is closely monitoring the status of vaccinations in NYC, including the demographics and locations of people who have received the vaccine.

**Partially and Fully Vaccinated:** Partially vaccinated people have received only the first of two doses of the Pfizer or Moderna vaccine. Fully vaccinated people have either received both doses of the Pfizer or Moderna vaccine, or the one dose of the Johnson & Johnson/Janssen vaccine. People with at least one dose includes people who are either partially or fully vaccinated.

Data on this page come from the Citywide Immunization Registry (CIR).

Download our data and technical notes on Github.

Jump to:

- Summary

- Percent of Residents Vaccinated
- People Vaccinated and Doses Administered
- Doses Administered: Trends
- Vaccinations Among NYC Residents
    - By ZIP Code
    - By Demographic Group
    - By Borough
- Vaccinations by Residency
- About the Data, Reporting Lag Time and Health Inequities

# Percent of Residents Vaccinated

These charts show the percent of NYC residents vaccinated for COVID-19.

All ages   Adults   65 and Older



Not yet vaccinated (29.1%)
At least 1 dose (70.9%)

Not yet vaccinated (29.1%)
Partially vaccinated (7.0%)
Fully vaccinated (63.9%)

Back to the top

# Summary: People Vaccinated and Doses Administered

This table shows how many NYC residents have been vaccinated citywide and by borough, and how many doses have been administered in NYC.

All Ages   Adults   65 and Older   Doses Administered

Total NYC residents vaccinated

| Borough | Population | At Least 1 Dose | At Least 1 Dose (%) | Fully Vaccinated |
|---|---|---|---|---|
| Citywide | 8,336,817 | 5,908,330 | 71% | 5,328,773 |
| Bronx | 1,421,021 | 924,306 | 65% | 808,362 |
| Brooklyn | 2,559,903 | 1,622,847 | 63% | 1,457,221 |
| Manhattan | 1,611,420 | 1,289,685 | 80% | 1,170,979 |
| Queens | 2,268,330 | 1,754,606 | 77% | 1,605,431 |
| Staten Island | 476,143 | 316,886 | 67% | 286,780 |

*Updated: October 05, at 9:30 a.m.*

Back to the top

## Doses Administered

These data below show the total, daily and seven-day average of COVID-19 vaccine doses administered in NYC. This includes doses given in the city to non-NYC residents.

Total   Daily   Table

Total number of doses administered in NYC



*About the data for this chart. Get the data.*

Back to the top

## Vaccinations by ZIP Code

These data show the percent of NYC residents who received at least one dose of COVID-19 vaccine, and the percent who are fully vaccinated by, Modified ZIP Code Tabulation Areas (MODZCTAs). MODZCTAs can provide better estimates of population size than ZIP codes because they combine census blocks that have smaller populations.

Map    Table

At least 1 dose:      ◉ All ages    ○ Adults
Fully vaccinated:   ○ All ages    ○ Adults



*About the data for this map. Get the data.*

Back to the top

## Vaccinations by Demographic Group

This table shows data on the percent of NYC residents vaccinated by age, race/ethnicity and sex.

All Ages    Adults

NYC residents vaccinated

| Age | At least 1 dose | Fully vaccinated |
|---|---|---|
| 0 to 17 | 23% | 19% |
| 18 to 24 | 81% | 69% |
| 25 to 34 | 77% | 68% |
| 35 to 44 | 86% | 77% |
| 45 to 54 | 87% | 80% |
| 55 to 64 | 89% | 83% |
| 65 to 74 | 87% | 83% |
| 75 to 84 | 78% | 74% |
| 85 and older | 62% | 58% |

| Race/ethnicity | At least 1 dose | Fully vaccinated |
|---|---|---|
| Asian/Native Hawaiian or other Pacific Islander | 82% | 77% |
| Black | 47% | 40% |
| Hispanic/Latino | 62% | 54% |
| Native American/Alaska Native | 91% | 81% |
| White | 53% | 50% |

| Sex | At least 1 dose | Fully vaccinated |
|---|---|---|
| Female | 71% | 64% |
| Male | 69% | 62% |

*Only residents 12 and older are eligible for vaccination*

Back to the top

## Vaccinations by Borough

These data show the percent of NYC residents who received at least one dose of COVID-19 vaccine and the percent who are fully vaccinated, by borough of residence and demographic group. The percentages reflect the number of people vaccinated within that specific demographic group. Vaccination rates are reported by standard U.S Census age categories. The population estimate available for youth eligible for vaccination is among ages 13 to 17.

At Least 1 Dose    Fully Vaccinated

NYC residents with at least 1 dose



40% 50% 60% 70% 80%

| Age Group | Race/Ethnicity | Citywide | Bronx | Brooklyn | Manh |
|---|---|---|---|---|---|
| Boroughwide | Boroughwide | 71% | 65% | 63% | 8( |
| All ages | Asian/NHPI | 82% | 67% | 84% | 8⋅ |
| All ages | Black | 47% | 46% | 46% | 5⋅ |
| All ages | Hispanic/Latino | 62% | 53% | 59% | 7( |
| All ages | White | 53% | 52% | 46% | 6⋅ |
| 13 to 17 | Asian/NHPI | 99% | 74% | 99% | 9⋅ |
| 13 to 17 | Black | 46% | 46% | 46% | 4⋅ |
| 13 to 17 | Hispanic/Latino | 73% | 63% | 66% | 8⋅ |
| 13 to 17 | White | 43% | 55% | 28% | 8⋅ |
| 18 to 44 | Asian/NHPI | 94% | 80% | 98% | 9( |
| 18 to 44 | Black | 48% | 47% | 48% | 5⋅ |
| 18 to 44 | Hispanic/Latino | 75% | 61% | 73% | 8⋅ |
| 18 to 44 | White | 61% | 58% | 58% | 6⋅ |
| 45 to 64 | Asian/NHPI | 93% | 79% | 96% | 9⋅ |
| 45 to 64 | Black | 61% | 63% | 61% | 6⋅ |
| 45 to 64 | Hispanic/Latino | 79% | 74% | 75% | 8⋅ |
| 45 to 64 | White | 63% | 65% | 58% | 7( |
| 65 and Older | Asian/NHPI | 86% | 71% | 95% | 8( |
| 65 and Older | Black | 60% | 59% | 59% | 6⋅ |
| 65 and Older | Hispanic/Latino | 67% | 64% | 62% | 7( |
| 65 and Older | White | 62% | 54% | 54% | 7⋅ |

**Only residents 12 and older are eligible for vaccination**
*Coverage estimates are capped at 99%. For certain demographic categories, the number of people vaccinated may exceed its population estimate due to the inclusion of Multi-race individuals and since population counts have not been updated to reflect the 2020 Census.*

*NHPI = Native Hawaiian or other Pacific Islander*
*Data on people with unknown race/ethnicity or who identify as other categories, including Native American/Alaska Native or multi-racial, are not provided here. The Hispanic/Latino*

Back to the top

# Vaccinations by NYC Residency

The Doses Administered table shows the total number of doses administered to NYC residents and non-residents at facilities located in NYC. The People Vaccinated and Race/Ethnicity tables show the

number of residents and non-residents who have received at least one dose. These include NYC residents who received vaccinations in NYC, outside the city in New York State or New Jersey, or elsewhere that were reported to the CIR.

Doses Administered    By People Vaccinated    By Race/Ethnicity

| Residence | Doses Administered (Under 18) | Doses Administered (18 and Older) | Total Doses Administered | Percent of Doses Administered by Residence |
|---|---|---|---|---|
| Total | 719,384 | 10,874,047 | 11,593,431 | 100% |
| NYC | 678,284 | 9,538,015 | 10,216,299 | 88.1% |
| Non-NYC | 40,906 | 1,302,356 | 1,343,262 | 11.6% |
| Unknown | 194 | 33,676 | 33,870 | 0.3% |

Back to the top

**About the Data**: Data on this page come from the Citywide Immunization Registry (CIR). The CIR keeps immunization records for all city residents throughout their lives.

**Reporting Lag Time**: Data are updated daily with a one-day lag, meaning that the most recent data in today's update are from yesterday. Data from previous days will be updated as vaccination records are processed.

**Demographic Data**: When a person gets vaccinated, they self-report their race/ethnicity, sex, location and other demographic data. This information may also be collected from electronic health records. However, some vaccination records do not include race/ethnicity data. The CDC requires this data be reported, but it has not always been a requirement and is inconsistently reported.

The number of people vaccinated in some demographic groups and ZIP codes may exceed the total estimated population of that group or area. This is more likely to occur with smaller groups. In such instances, we note the group as 99% vaccinated. Population counts are from 2019 and do not reflect the most recent 2020 Census. Learn more about how we use population estimates.

**Health Inequities in Data**: Differences in health outcomes and vaccination coverage among racial and ethnic groups are due to long-term structural racism, not biological or personal traits.

Structural racism — centuries of racist policies and discriminatory practices across institutions, including government agencies, and society — prevents communities of color from accessing vital resources (such as health care, housing and food) and opportunities (such as employment and

Case 1:21-cv-05090-BMC   Document 18-7   Filed 10/08/21   Page 10 of 10 PageID #: 380

education), and negatively affects overall health and well-being. The disproportionate impact of COVID-19 on New Yorkers of color highlights how these inequities negatively influence health outcomes.

Read how we are working to address inequities during this public health emergency (PDF).