**EXHIBIT I**

  

THE PREPRINT SERVER FOR HEALTH SCIENCES

HOME | ABOUT | SUBMIT | NEWS & NOTES | ALERTS / RSS

Search

Advanced Search

View current version of this article

💬 Comments (139)

# Necessity of COVID-19 vaccination in previously infected individuals

Nabin K. Shrestha, Patrick C. Burke, Amy S. Nowacki, Paul Terpeluk, Steven M. Gordon
doi: https://doi.org/10.1101/2021.06.01.21258176

**This article is a preprint and has not been peer-reviewed [what does this mean?]. It reports new medical research that has yet to be evaluated and so should *not* be used to guide clinical practice.**

| Abstract | Full Text | Info/History | Metrics |

📄 Preview PDF

## ABSTRACT

**Background** The purpose of this study was to evaluate the necessity of COVID-19 vaccination in persons previously infected with SARS-CoV-2.

**Methods** Employees of the Cleveland Clinic Health System working in Ohio on Dec 16, 2020, the day COVID-19 vaccination was started, were included. Any subject who tested positive for SARS-CoV-2 at least 42 days earlier was considered previously infected. One was considered vaccinated 14 days after receipt of the second dose of a SARS-CoV-2 mRNA vaccine. The cumulative incidence of SARS-CoV-2 infection over the next five months, among previously infected subjects who received the vaccine, was compared with those of previously infected subjects who remained unvaccinated, previously uninfected subjects who received the vaccine, and previously uninfected subjects who remained unvaccinated.

**Results** Among the 52238 included employees, 1359 (53%) of 2579 previously infected subjects remained

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue | Find out more

with a steady increase in cumulative incidence among previously uninfected subjects who remained unvaccinated. Not one of the 1359 previously infected subjects who remained unvaccinated had a SARS-CoV-2 infection over the duration of the study. In a Cox proportional hazards regression model, after adjusting for the phase of the epidemic, vaccination was associated with a significantly lower risk of SARS-CoV-2 infection among those not previously infected (HR 0.031, 95% CI 0.015 to 0.061) but not among those previously infected (HR 0.313, 95% CI 0 to Infinity).

**Conclusions** Individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination, and vaccines can be safely prioritized to those who have not been infected before.

**Summary** Cumulative incidence of COVID-19 was examined among 52238 employees in an American healthcare system. COVID-19 did not occur in anyone over the five months of the study among 2579 individuals previously infected with COVID-19, including 1359 who did not take the vaccine.

**Competing Interest Statement**

The authors have declared no competing interest.

**Funding Statement**

There was no funding for this study.

**Author Declarations**

I confirm all relevant ethical guidelines have been followed, and any necessary IRB and/or ethics committee approvals have been obtained.

Yes

The details of the IRB/oversight body that provided approval or exemption for the research described are given below:

The study was approved by the Cleveland Clinic Institutional Review Board. A waiver of informed consent and waiver of HIPAA authorization were approved to allow access to personal health information by the research team, with the understanding that sharing or releasing identifiable data to anyone other than the study team was not permitted without additional IRB approval.

All necessary patient/participant consent has been obtained and the appropriate institutional forms have been archived.

Yes

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more

manuscript has been registered and the trial registration ID is provided (note: if posting a prospective study registered retrospectively, please provide a statement in the trial ID field explaining why the study was not registered in advance).

Yes

I have followed all appropriate research reporting guidelines and uploaded the relevant EQUATOR Network research reporting checklist(s) and other pertinent material as supplementary files, if applicable.

Yes

Paper in collection COVID-19 SARS-CoV-2 preprints from medRxiv and bioRxiv

---

**Copyright**  The copyright holder for this preprint is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

Blog posts linking to this article:

Climate Science, 04 Oct 2021
  Lockdowns, school closures, mask mandates, and all of the Covid-19 pandemic restrictive policies societies were subjected to…

Climate Science, 03 Sep 2021
  The political and media messaging about the coronavirus prevents the citizenry from connecting the dots and realizing how fear…

Iowa Climate, 03 Sep 2021
  The political and media messaging about the coronavirus prevents the citizenry from connecting the dots and realizing how fear…

Science Matters Blog, 03 Sep 2021
  The political and media messaging about the coronavirus prevents the citizenry from connecting the dots and realizing how fear…

Climate Science, 29 Aug 2021
  The issue of natural immunity is extremely important as „flip–flop" Fauci is now calling for a nation-wide vaccine mandate…

Simple Justice, 08 Aug 2021
  It's hard to comprehend why anyone who could get the vaccine would not. That may be because I'm a lawyer, and know only what I've…

Cafe Hayek, 06 Aug 2021
  (Don Boudreaux) TweetThe New Civil Liberties Alliance is suing George Mason University officials over their refusal to…

naked capitalism, 19 Jul 2021

Latest BMJ blogs, 13 Jul 2021

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more

(Don Boudreaux) TweetGMU Econ alum Dan Mitchell supplies further evidence of the recklessness and irresponsibility of…

This Week in Virology with Vincent Racaniello, 12 Jun 2021

In COVID-19 clinical update #66, Daniel Griffin covers treatment guidelines from IDSA, hospitalization of adolescents…

Tweets referencing this article:

### Imogen Karen
@imogenkaren1

@ljamie6 @MonicaGandhi9 Studies on infection-acquired immunity https://t.co/1LrsnpLGjY https://t.co/KIwCQ4IG0k https://t.co/LqlTQSty5t https://t.co/KjhvuDmu8w https://t.co/Qpb8YirGaB https://t.co/LMyXpxLxRB https://t.co/YSUx8HAZob https://t.co/gmjYkFWK0

03:02PM

### Shawn Smith
@Smiths1965420

@SuckaFreeSmith @PRUSA1984 @USATODAY "Individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination, and vaccines can be safely prioritized to those who have not been infected before." https://t.co/XQBkk6radZ

11:27AM

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more

### medRxiv Comment Policy

Comments are moderated for offensive or irrelevant content (can take ~24 hours). Duplicated submission is unnecessary.

Please read our Comment Policy before commenting.



**139 Comments**  medRxiv  🔒 Disqus' Privacy Policy    Login

♡ Recommend 148    Tweet   f Share    Sort by Newest

Join the discussion…

LOG IN WITH        OR SIGN UP WITH DISQUS ?

Name

Load more comments

✉ Subscribe   Add Disqus to your siteAdd DisqusAdd   ⚠ Do Not Sell My Data

▲ Back to top

◀ Previous                                                                 Next ▶

Posted June 05, 2021.

- Download PDF
- Author Declarations
- Data/Code
- XML
- Revision Summary

Email
Share
Citation Tools

Tweet    Like 26K

## COVID-19 SARS-CoV-2 preprints from

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more

## Subject Areas

### All Articles

- Addiction Medicine
- Allergy and Immunology
- Anesthesia
- Cardiovascular Medicine
- Dentistry and Oral Medicine
- Dermatology
- Emergency Medicine
- Endocrinology (including Diabetes Mellitus and Metabolic Disease)
- Epidemiology
- Forensic Medicine
- Gastroenterology
- Genetic and Genomic Medicine
- Geriatric Medicine
- Health Economics
- Health Informatics
- Health Policy
- Health Systems and Quality Improvement
- Hematology
- HIV/AIDS
- Infectious Diseases (except HIV/AIDS)
- Intensive Care and Critical Care Medicine
- Medical Education
- Medical Ethics
- Nephrology
- Neurology
- Nursing
- Nutrition
- Obstetrics and Gynecology
- Occupational and Environmental Health
- Oncology

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more

Pain Medicine

Palliative Medicine

Pathology

Pediatrics

Pharmacology and Therapeutics

Primary Care Research

Psychiatry and Clinical Psychology

Public and Global Health

Radiology and Imaging

Rehabilitation Medicine and Physical Therapy

Respiratory Medicine

Rheumatology

Sexual and Reproductive Health

Sports Medicine

Surgery

Toxicology

Transplantation

Urology

Supported by **Chan Zuckerberg Initiative**

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies.

Continue    Find out more