# EXHIBIT M

Case 1:21-cv-05090-BMC    Document 18-18    Filed 10/06/21    Page 2 of 3 PageID #: 423

# The New York Times

U.S.A.          World          Health

# Tracking Coronavirus in New York: Latest Map and Case Count

Updated Oct. 6, 2021





|  | DAILY AVG. ON OCT. 5 | 14-DAY CHANGE | TOTAL REPORTED |
|---|---|---|---|
| Cases | 4,676 | −13% | 2,447,269 |
| Tests | 160,032 | +13% | — |
| Hospitalized | 2,659 | −6% | — |
| Deaths | 38 | +11% | 55,090 |

About this data:
Sources: State and local health agencies (cases, deaths); U.S. Department of Health and Human Services (tests, hospitalizations). Tests, hospitalizations and deaths show seven-day averages. Hospitalization data may not yet be available for yesterday. Figures shown are the most recent data available.

# Daily new hospital admissions by age in New York

This chart shows for each age group the number of people per 100,000 that were newly admitted to a hospital with Covid-19 each day, according to data from the U.S. Department of Health and Human Services. Dips and spikes could be due to inconsistent reporting by hospitals.

**All time**   Last 90 days





About this data:
Sources: U.S. Department of Health and Human Services (daily confirmed and suspected Covid-19 hospital admissions); Census Bureau (population data). Data prior to October 2020 was unreliable. Data reported in the most recent seven days may be incomplete.

## Hot spots

AVERAGE DAILY CASES PER 100,000 PEOPLE IN PAST WEEK

10        30        50        70        100        250

