UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
2149709_1

| | |
|---|---|
| SHAW-NAE DIXON, THOMAS CASATELLI, JEANETTE RIVERA, NATALIA YAKUBOVA, CHRIS KING, ALISON MARCHESE, on behalf of AM, JM, and MMV (her minor children), WILLIAM MORRIS, GEORGE KABBEZ, MARY JOSEPHINE GENEROSO, SHAW-NAE'S HOUSE, LLC, SALTY DOG RESTAURANT, LTD, PER TAVERN CORP. d/b/a THE KETTLE BLACK, and CARGOSTORK PARTIES, INC. d/b/a DO ME A FAVOR, INDEPENDENT RESTAURANT OWNERS ASSOCIATION RESCUE, INC.,<br>Plaintiffs,<br>v.<br>BILL DE BLASIO, in his official capacity as Mayor of the City of New York, AND THE CITY OF NEW YORK, | Civil Action No. 1:21-cv-05090-BMC<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiffs Shaw-Nae Dixon, Thomas Casatelli, Jeanette Rivera, Natalia Yakubova, Chris King, Alison Marchese, on behalf of AM, JM, and MMV (her minor children), William Morris, George Kabbez, Mary Josephine Generoso, Shaw-Nae's House, LLC, Salty Dog Restaurant, LTD, Per Tavern Corp. d/b/a The Kettle Black, Cargostork Parties, Inc. d/b/a Do Me A Favor, and Independent Restaurant Owners Association Rescue, Inc., hereby appeal to the United States Court of Appeals for the Second Circuit Court of Appeals, from the Memorandum Decision and Order (Dkt. No. 20) entered on October 12, 2021, and all opinions and orders that merge therein.

Dated: New York, New York
October 15, 2021

By: *Ronald A. Berutti*
Ronald A. Berutti
**Weiner Law Group LLP**
90 Broad Street, Suite 1800
New York, New York 10004-2627