# WEINER LAW GROUP LLP

ATTORNEYS AT LAW

RONALD A. BERUTTI  rberutti@weiner.law
Member of the Firm

November 17, 2021

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.**
            **Civil Action No. 1:21-cv-05090-BMC**
            **Our File No. 24103**

Dear Judge Cogan:

    As Your Honor is aware, this firm represents the plaintiffs in the above referenced matter. Your Honor converted defendants' pre-motion conference request to a motion to dismiss, and set November 24, 2021 as the date for our response. Our motion to expedite appellate review of Your Honor's Preliminary Injunction denial and to supplement the record is pending in the Second Circuit Court of Appeals. Our reply to defendants' opposition is due November 22, 2021.

    With the kind consent of our adversary, Kerri Devine, Esq., we hereby request a two week adjournment of our time to respond to the converted motion to dismiss. Our adversary, Ms. Devine, has asked for the opportunity to reply by December 22, 2021.

    We thank Your Honor for consideration of the above.

                         Respectfully yours,

                         WEINER LAW GROUP LLP

                         *Ronald A. Berutti*
             By:_____
                         Ronald A. Berutti
                         A Member of the Firm

RAB:jm
cc:    Kerri A. Devine, Esq. – New York City Law Department (via email)
2204562_1.docx