# MURRAY-NOLAN BERUTTI LLC

*Attorneys at Law*
100 E. Hanover Avenue
Suite 401
Cedar Knolls, New Jersey 07927
(973) 495-1826

New York Location: 8707 Colonial Road, Brooklyn, New York 11208
(Please Reply to N.J. Location)

| | |
|---|---|
| Gwyneth K. Murray-Nolan, Esq. | Ronald A. Berutti, Esq. |
| *Admitted in: N.J., N.Y., Washington, D.C.* | *Admitted in: N.J., N.Y., Ky.* |
| Gwyneth@Murray-NolanBerutti.com | Ron@Murray-NolanBerutti.com |

January 12, 2022

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: **Shaw-Nae Dixon, et al. v. Bill De Blasio, et al.**
         **Civil Action No. 1:21-cv-05090 (BMC)**

Dear Judge Cogan:

  As Your Honor is aware, this firm represents the plaintiffs in the above referenced matter. Presently pending before Your Honor is the defendants' motion to dismiss. Plaintiffs' opposition to this motion is currently due Friday, January 14, 2022. With the consent of my adversary, I respectfully request a 30 day extension to oppose the pending motion to dismiss, as our Appeal to the Second Circuit is still pending. Further, I recently started my own law firm and due to the supply chain delays and Covid, we have had delays in becoming fully operational at this time.

  We thank Your Honor for consideration of the above.

                Respectfully yours,

                MURRAY-NOLAN BERUTTI LLC

                By: _____
                   Ronald A. Berutti

RAB:jm
cc: Kerri A. Devine, Esq. (via ECF)