# MURRAY-NOLAN BERUTTI LLC
*Attorneys at Law*
100 E. Hanover Avenue
Suite 401
Cedar Knolls, New Jersey 07927
(908) 588-2111

**New York Location:**
8707 Colonial Road, Brooklyn, New York 11208
(212) 575-8500
*(Please Reply to N.J. Location)*

| | |
|---|---|
| **Gwyneth K. Murray-Nolan, Esq.** | **Ronald A. Berutti, Esq.** |
| *Admitted in: NJ, NY, D.C.* | *Admitted in: NJ, NY, KY* |
| Gwyneth@Murray-NolanBerutti.com | Ron@Murray-NolanBerutti.com |

March 11, 2022

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: **Shaw-Nae Dixon, et al. v. Bill De Blasio, et al.**
             **Civil Action No. 1:21-cv-05090-BMC**
             **Our File No. 01016**

Dear Judge Cogan:

    As Your Honor is aware, this firm represents the plaintiffs in the above referenced matter. Presently pending before Your Honor is the defendants' motion to dismiss. Plaintiffs' opposition to this motion is currently due Monday, March 14, 2022. With the consent of my adversary, I respectfully request a 60 day extension to oppose the pending motion to dismiss, as our Appeal to the Second Circuit has been scheduled for oral argument on March 29, 2022.

    We thank Your Honor for your consideration of the above.

                              Respectfully yours,

                              MURRAY-NOLAN BERUTTI LLC

                              *Ronald A. Berutti*
                     By: _____
                            Ronald A. Berutti

RAB:jm
    cc: Kerri A. Devine, Esq. (via ECF)