# MURRAY-NOLAN BERUTTI LLC
*Attorneys at Law*
100 E. Hanover Avenue
Suite 401
Cedar Knolls, New Jersey 07927
(908) 588-2111

**New York Location:**
8707 Colonial Road, Brooklyn, New York 11208
(212) 575-8500
*(Please Reply to N.J. Location)*

**Gwyneth K. Murray-Nolan, Esq.**
Admitted in: NJ, NY, D.C.
Gwyneth@Murray-NolanBerutti.com

**Ronald A. Berutti, Esq.**
Admitted in: NJ, NY, KY
Ron@Murray-NolanBerutti.com

April 1, 2022

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shaw-Nae Dixon, et al. v. Bill De Blasio, et al.
Civil Action No. 1:21-cv-05090-BMC
Our File No. 01016

Dear Judge Cogan:

As Your Honor is aware this firm represents the plaintiffs in this matter. Currently pending before the Court on Monday is an Order to Show Cause seeking reasons why the Complaint should not be dismissed as moot. We hereby request a one week adjournment of such motion, given that my schedule this week has been full after returning from a trip to California, and I have been unable to conduct a full examination of the issues as of this time. Yesterday, I contacted my adversary, Kerri A. Devine, Esq., and have sought her consent for the adjournment. However, as of this time, Ms. Devine has not yet responded to my telephone message. I do not anticipate there to be any problem from Ms. Devine with our request seeking such adjournment, as the parties have been cooperative. However, at this time, we ask that the adjournment be made without consent since time is of the essence in terms of the current briefing schedule.

We thank Your Honor for consideration of the above.

Respectfully yours,

MURRAY-NOLAN BERUTTI LLC

*Ronald A. Berutti*
By: _____
Ronald A. Berutti

RAB:jm
cc:   Kerri A. Devine, Esq. (via ECF)