UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAW-NAE DIXON, THOMAS CASATELLI, JEANETTE RIVERA, NATALIA YAKUBOVA, CHRIS KING, ALISON MARCHESE, on behalf of AM, JM, and MMV (her minor children), WILLIAM MORRIS, GEORGE KABBEZ, SHAW-NAE'S HOUSE, LLC, SALTY DOG RESTAURANT, LTD, PER TAVERN CORP. d/b/a THE KETTLE BLACK, CARGOSTORK PARTIES, INC. d/b/a DO ME A FAVOR, and INDEPENDENT RESTAURANT OWNERS ASSOCIATION RESCUE, INC., <br><br>                          Plaintiffs,<br>v.<br><br>ERIC ADAMS, in his official capacity as Mayor of the City of New York and as successor to Bill de Blasio, and THE CITY OF NEW YORK,<br><br>                          Defendants. | Civil Action No. 21-CV-5090 (BMC)<br><br>DECLARATION OF<br>RONALD A. BERUTTI |

**RONALD A. BERUTTI**, of full age, hereby declares the following under penalty of perjury:

1. I am a Member of Murray-Nolan Berutti LLC, attorneys for the plaintiffs herein. I am fully familiar with the facts set forth below. I make this Declaration in opposition of the Order to Show Cause.

2. Attached hereto as **Exhibit A** is the Complaint filed September 13, 2021.

3. Attached hereto as **Exhibit B** is the cover letter to Kerri A. Devine, Esq. and proposed Amended Complaint. We await Ms. Devine's response as to consent to file the proposed Amended Complaint.

I hereby declare the foregoing to be true and correct based on my personal knowledge under penalty of perjury under the laws of the United States of America.

Dated: April 11, 2022

*Ronald A. Berutti*
Ronald A. Berutti