# MURRAY-NOLAN BERUTTI LLC

*Attorneys at Law*

100 E. Hanover Avenue
Suite 401
Cedar Knolls, New Jersey 07927
(908)588-2111

**New York Location:**
8707 Colonial Road, Brooklyn, New York 11208
(212) 575-8500
*(Please Reply to N.J. Location)*

Gwyneth K. Murray-Nolan, Esq.
*Admitted in: N.J., N.Y., D.C.*
Gwyneth@Murray-NolanBerutti.com

Ronald A. Berutti, Esq.
*Admitted in: N.J., N.Y., KY.*
Ron@Murray-NolanBerutti.com

May 4, 2022

**Via ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.
      Civil Action No. 1:21-cv-05090-BMC
      Our File No. 01016

Dear Judge Cogan:

As Your Honor is aware, this firm represents plaintiffs in the above referenced matter. Per Your Honor's Order of April 6, 2022, we were (1) to provide a draft Amended Complaint to defendants; and (2) to advise whether defendants consented to the amendment. We provided same to defendants' counsel on April 11, 2022. Yesterday, defendants advised that they do not consent. They gave us no reason. We thus ask that Your Honor permit the amendment without consent.

We thank Your Honor for consideration of the above.

Respectfully yours,

MURRAY-NOLAN BERUTTI LLC

By: *Ronald A. Berutti*
    Ronald A. Berutti

RAB:jm
cc:   Kerri A. Devine, Esq. (via ECF)