**MANDATE**

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand twenty-two.

Present:
> Barrington D. Parker,
> Michael H. Park,
> Beth Robinson,
> *Circuit Judges*.

---

Shaw-Nae Dixon, Thomas Casatelli, Jeanette Rivera, Natalia Yakubova, Chris King, Alison Marchese, on behalf of AM, JM and MMV (her minor children), William Morris, George Kabbez, Mary Josephine Generoso, ShawNae's House, LLC, Salty Dog Restaurant, LTD, Per Tavern Corp., DBA The Kettle Black, Independent Restaurant Owners Association Rescue, Inc., Cargostork Parties, Inc., AKA Do Me A Favor,

> *Plaintiffs-Appellants*,

v.                                                                                  21-2666

Bill DeBlasio, City of New York,

> *Defendants-Appellees*.

---

Appellees move to dismiss this appeal as moot. It is hereby ORDERED that the motion to dismiss is GRANTED. We hereby DISMISS this appeal as moot, VACATE the district court's order denying Appellants' motion for a preliminary injunction, and REMAND the case to the district court. *Bragger v. Trinity Cap. Enter. Corp.*, 30 F.3d 14, 17 (2d Cir. 1994).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/12/2022