# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

May 13, 2022

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Shaw-Nae Dixon, et al. v. Bill De Blasio, et al.**
             **Civil Action No. 1:21-cv-05090-BMC**
             **Our File No. 01016**

Dear Judge Cogan:

      As Your Honor is aware this firm represents the plaintiffs in the above matter. Currently pending before the Court is the defendants' Motion to Dismiss. With the consent of my adversary, we respectfully request an adjournment of two weeks to May 27, 2022 to file opposition to the defendants' motion.

      We thank Your Honor for consideration of the above.

                                            Respectfully yours,

                                            MURRAY-NOLAN BERUTTI LLC

                                            *Ronald A. Berutti*
                               By: _____
                                           Ronald A. Berutti

RAB:jm
cc:     Kerri A. Devine, Esq. (via ECF)