UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAW-NAE DIXON, THOMAS CASATELLI, JEANETTE RIVERA, NATALIA YAKUBOVA, CHRIS KING, ALISON MARCHESE, on behalf of AM, JM, and MMV (her minor children), WILLIAM MORRIS, GEORGE KABBEZ, SHAW-NAE'S HOUSE, LLC, SALTY DOG RESTAURANT, LTD, PER TAVERN CORP. d/b/a THE KETTLE BLACK, CARGOSTORK PARTIES, INC. d/b/a DO ME A FAVOR, and INDEPENDENT RESTAURANT OWNERS ASSOCIATION RESCUE, INC., | Civil Action No. 21-CV-5090 (BMC) <br><br> NOTICE OF MOTION SEEKING LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO *FED. R. CIV. P.* 15(a)(2). |
| Plaintiffs, <br> v. <br><br> ERIC ADAMS, in his official capacity as Mayor of the City of New York and as successor to Bill de Blasio, and THE CITY OF NEW YORK, <br><br> Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned, attorneys for the Plaintiffs, shall move the Court for an Order, granting leave to file an Amended Complaint in this matter pursuant to *Fed. R. Civ. P.* 15(a)(2).

**PLEASE TAKE FURTHER NOTICE** that in support hereof, the undersigned shall rely upon the accompanying Declaration of Ronald A. Berutti, and a Brief.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested, and that a proposed form of Order accompanies this motion.

/s/ *Ronald A. Berutti*

---

Ronald A. Berutti
MURRAY-NOLAN BERUTTI LLC
8707 Colonial Road
Brooklyn, New York 11208
(212) 575-8500
ron@murray-nolanberutti.com

Dated: Brooklyn, New York
       July 5, 2022