# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

August 9, 2022

**Via ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.
     Civil Action No. 1:21-cv-05090-BMC
     Our File No. 01016

Dear Judge Cogan:

  As Your Honor is aware, we represent the plaintiffs in the above matter. Currently pending before Your Honor is the plaintiffs' Motion Seeking Leave to File an Amended Complaint. With the consent of my adversary, we respectfully request a two week adjournment until August 26, 2022 to file reply papers, as I am faced with numerous deadlines, and will not be able to submit a timely reply to the defendants' opposition.

  I thank Your Honor for consideration of the above.

           Respectfully submitted,

          **MURRAY-NOLAN BERUTTI LLC**

          *Ronald A. Berutti*
      By:_____
          Ronald A. Berutti

RAB:jm
cc: Kerri Devine, Esq. (via ECF)

---

**100 E. Hanover Avenue, Suite 401, Cedar Knolls, New Jersey 07927 (908) 588-2111**

8707 Colonial Road, Brooklyn, New York 11208 (212) 575-8500 (Please reply to NJ office)