# MURRAY−NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**                                                   **Associate**
Gwyneth K. Murray-Nolan (NJ, NY, DC)                           Stephanie Jablonsky (NJ)
gwyneth@murray-nolanberutti.com                                stephanie@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

August 25, 2022

**Via ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.**
> **Civil Action No. 1:21-cv-05090-BMC**
> **Our File No. 01016**

Dear Judge Cogan:

As Your Honor is aware, we represent the plaintiffs in the above matter.  Currently pending before Your Honor is the plaintiffs' Motion Seeking Leave to File an Amended Complaint.  With the consent of my adversary, we respectfully request a two week adjournment until September 9, 2022 to file reply papers, as I had a family emergency with my 94 year old father, and will not be able to submit a timely reply to the defendants' opposition.

I thank Your Honor for consideration of the above.

Respectfully submitted,

**MURRAY-NOLAN BERUTTI LLC**

*Ronald A. Berutti*
By:_____
       Ronald A. Berutti

RAB:jm
cc:    Kerri Devine, Esq. (via ECF)

**100 E. Hanover Avenue, Suite 401, Cedar Knolls, New Jersey 07927 (908) 588−2111**

8707 Colonial Road, Brooklyn, New York 11208 (212) 575-8500 (Please reply to NJ office)