# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

September 9, 2022

**Via ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.**
            **Civil Action No. 1:21-cv-05090-BMC**
            **Our File No. 01016**

Dear Judge Cogan:

      This firm represents the plaintiffs herein. Please accept this letter motion seeking leave to file a reply brief of 15 pages. Given the numerous issues involved and their importance, it is respectfully requested that the excess pages be permitted so that a fulsome reply may be given to the arguments set forth in defendants' response. We have reached out to our adversary, Kerri A. Devine, Esq., to seek consent for this request. Unfortunately, we have not yet received a response, although we do not anticipate an objection. Thus, we respectfully request that this motion be granted without consent.

      We thank Your Honor for consideration of the above and apologize for any inconvenience.

                              Respectfully submitted,

                              **MURRAY-NOLAN BERUTTI LLC**

                              *Ronald A. Berutti*
                      By:_____
                            Ronald A. Berutti

RAB:jm
cc:    Kerri Devine, Esq. (via ECF)