# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

January 5, 2023

**Via ECF**
Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.
                Civil Action No. 1:21-cv-05090-BMC
                Our File No. 01016

Dear Judge Cogan:

      This firm represents the plaintiffs in the above-referenced matter. Pending before this Court is a motion to dismiss filed on behalf of defendants, and a motion seeking leave to amend the Complaint filed by the plaintiffs. Both motions have been fully briefed since September 9, 2022.

      We had requested oral argument on the motions and have not heard from the Court with regard to same. Thus, given the passage of time, we respectfully request advice as to whether Your Honor will be entertaining oral argument on the motions.

      We thank Your Honor for consideration of the above.

                                         Respectfully submitted,

                                         **MURRAY-NOLAN BERUTTI LLC**

                                          *Ronald A. Berutti*
                          By:_____
                                Ronald A. Berutti

RAB:jm
cc:     Kerri Devine, Esq. (via ECF)