# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

February 27, 2023

**Via ECF**
Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.**
     **Civil Action No. 1:21-cv-05090-BMC**
     **Our File No. 01016**

Dear Judge Cogan:

  This firm represents the plaintiffs in the reference matter. Presently, a conference call is scheduled with the Court on Wednesday, March 1, 2023 at 10:00 a.m. I have received notice that I am to appear and argue an emergent matter in Supreme Court Brooklyn related to a client of mine, at the same time. Under the circumstances, and with the kind consent of my adversary, Kerry Devine, Esq., I respectfully request that the conference either be rescheduled for Wednesday afternoon, or on a later date.

  I apologize for any inconvenience, and thank Your Honor for consideration of this request.

        Respectfully submitted,

        **MURRAY-NOLAN BERUTTI LLC**

        *Ronald A. Berutti*
      By:_____
        Ronald A. Berutti

RAB:jm
cc: Kerri Devine, Esq. (via ECF)