# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
gwyneth@murray-nolanberutti.com

Ronald A. Berutti (NJ, NY, KY)
ron@murray-nolanberutti.com

**Senior Counsel**
Thomas M. Grasso (NJ, NY)
tom@murray-nolanberutti.com

**Associate**
Stephanie Jablonsky (NJ)
stephanie@murray-nolanberutti.com

April 3, 2023

<u>Via ECF</u>
Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Shaw-Nae Dixon, et al. v. Bill DeBlasio, et al.
             Civil Action No. 1:21-cv-05090-BMC
             Our File No. 01016

Dear Judge Cogan:

      Per Your Honor's direction at the Status Conference of March 2, 2023, since there have been no decisions on outstanding motions as of today, we hereby write to propose a discovery plan. Prior to providing the discovery plan, we note that at the Status Conference, Your Honor asserted your view that my clients' position has gotten worse over time. We believe, contrarily, that my clients' positions have gotten stronger. **Thus, we respectfully renew our request for oral argument on the motions.**

      Regarding discovery, we suggest the following:

(1) Document demands to be served on or before May 8, 2023
(2) Interrogatories, limited to 10 single part questions, to be served on or before May 8, 2023;
(3) Responses to written discovery on or before June 12, 2023;
(4) Depositions, limited to 10 single day depositions per side without leave of Court, to be completed by September 23, 2023;
(5) Requests for Admissions to be served by October 6, 2023;
(6) Request for Admissions responses to be served by October 20, 2023;
(7) Affirmative expert reports to be served by November 3, 2023;
(8) Responsive expert reports to be served by December 15, 2023.
(9) Expert depositions to be completed by January 15, 2024.

Honorable Brian M. Cogan, U.S.D.J.                                    April 3, 2023
                                                                      Page 2

        We thank Your Honor for consideration of the above.

        Respectfully submitted,

**MURRAY-NOLAN BERUTTI LLC**

*Ronald A. Berutti*

By:_____
      Ronald A. Berutti

RAB:jm
cc:    Kerri Devine, Esq. (via ECF)