

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KERRI A. DEVINE**
**JASMINE PAUL**
phone: (212)356-2214
fax: (212)356-2019
email: kdevine@law.nyc.gov

April 4, 2023

**By ECF**
Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Dixon et al. v. de Blasio et al., 21-cv-5090

Your Honor:

This office represents defendants in the above-referenced matter. We write in response to plaintiffs' letter dated April 3, 2023.  As previously indicated during the Status Conference held in this matter on March 2, 2023, it is defendants' position that discovery at this time would be burdensome and premature given the outstanding dispositive motions in this matter which may result in some or all of the claims being dismissed.

Respectfully submitted,

/s/

Kerri A. Devine
Assistant Corporation Counsel