UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHAW-NAE DIXON, et al.,                              JUDGMENT

                          Plaintiffs,                21-cv-5090 (BMC)

            v.

ERIC ADAMS, in his official capacity as Mayor
of the City of New York and as successor to
Bill de Blasio; and THE CITY OF NEW YORK,

                          Defendants.
---------------------------------------------------------------X

    An Order of Honorable Brian M. Cogan, United States District Judge, having been filed

on April 25, 2023, granting defendants' motion to dismiss; it is

    ORDERED and ADJUDGED that defendants' motion to dismiss is granted.

Dated: Brooklyn, New York                      Brenna B. Mahoney
       April 26, 2023                           Clerk of Court


                                      By:    _/s/Jalitza Poveda_
                                             Deputy Clerk