**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July two thousand twenty-three,

_____

| | |
|---|---|
| Shaw-Nae Dixon, Thomas Casatelli, Jeanette Rivera, Natalia Yakubova, Chris King, Alison Marchese, on behalf of AM, JM and MMV (her minor children), William Morris, George Kabbez, Mary Josephine Generoso, Shaw-Nae's House, LLC, Salty Dog Restaurant, LTD, Per Tavern Corp., DBA The Kettle Black, Independent Restaurant Owners Association Rescue, Inc., Cargostork Parties, Inc., AKA Do Me A Favor, | **ORDER** Docket No. 23-799 |

Plaintiffs - Appellants,

v.

Eric Adams, City of New York,

Defendants - Appellees.
_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/10/2023